IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                           CASE NO. 3:14cR 91-MCR

PAUL JOHN HANSEN
_____/

### ORDER FOR WARRANT

On verbal request of the United States Attorney, Northern District of Florida, pursuant to an Indictment returned against the defendant,

**PAUL JOHN HANSEN,**

IT IS HEREBY ORDERED:

1. Warrant of arrest shall immediately issue upon such indictment against the defendant.

2. Bail shall be determined by the Judicial Officer at the time of arrest in accordance with the Bail Reform Act, and notation to such effect shall be placed upon the warrant.

DONE and ORDERED this 21 day of October, 2014, at Pensacola, Florida.

_____
UNITED STATES MAGISTRATE JUDGE

Rec'd 1022-14 UsDcFln 3AM 0846