## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                    CASE NO.  3:14 cR 91-MCR

**KENT E. HOVIND**
 **and**
**PAUL JOHN HANSEN**

_____

### NOTICE OF PENDING RELATED CASE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies this Honorable Court, pursuant to Rule 5.1(F) of the Local Rules of the United States District Court, Northern District of Florida, of the existence of a pending related case.

1.      In or about July 2006, Kent E. Hovind was indicted in case number 3:06cr83/MCR. (Doc. 2). The case was assigned to United States District Court Judge M. Casey Rodgers.  (3:06cr83/MCR).   Thereafter, Hovind was found guilty and sentenced to ten years in prison. (3:06cr83/MCR, Docs. 85, 149, & 154).

2.      In or about August 2013, the United States filed a Motion for Order to Show Cause against Hovind.  (3:06cr83/MCR, Docs. 465 & 470).  Thereafter, Chief United States District Court Judge M. Casey Rodgers granted the United States' motion and a new matter was opened by the Clerk of Court for a violation of 18 U.S.C. § 401(3).

(3:06cr83/MCR, Doc. 476; 3:14mc53/MCR, Doc. 1). A jury trial is currently scheduled before Chief Judge Rodgers in the contempt case for November 3, 2014. (3:14mc53/MCR, Doc. 12).

3. On today's date, a six count Indictment was returned against Kent E. Hovind and Paul John Hansen. The conduct supporting the Indictment returned by the Grand Jury is directly related to the aforementioned contempt case.

Therefore, the United States files this Notice of Pending Related Case with the Court pursuant to the Local Rules.

Dated this 21st day of October, 2014.

Respectfully submitted,

PAMELA C. MARSH
United States Attorney

TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar Number 193968
21 E. Garden Street, Suite 400
Pensacola, Florida 32502-5675
(850) 444-4000