IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                           CASE NO.    3:14cr91/MCR

KENT E. HOVIND
  and
PAUL JOHN HANSEN

_____

## MOTION TO UNSEAL INDICTMENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Court to unseal the Indictment in this case. The government originally requested that the Indictment be sealed to prevent defendant Paul John Hansen from learning about the charges before he could be located and arrested. The defendant has now been arrested in the District of Nebraska. Therefore, it is anticipated that the defendant's first appearance will be held tomorrow in Nebraska. As a result, it is necessary for the Indictment to be unsealed.

1

Rec'd 102314 USDcFln 3AM 1056

THEREFORE, in light of the foregoing, the government requests that the Indictment be unsealed.

Dated this 23rd day of October, 2014.

Respectfully submitted,

PAMELA C. MARSH
UNITED STATES ATTORNEY

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar Number 193968
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

## ORDER

DONE AND ORDERED this the 23rd day of October, 2014.

CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE