## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS

SEALED
CASE NO. 3:14cr91-001/MCR

KENT E. HOVIND

### WARRANT FOR ARREST

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **KENT E. HOVIND**
                                              Name
and bring him or her forthwith to the nearest magistrate to answer an

**Indictment**

charging him or her with:

Count 1:   Conspiracy to Commit Mail Fraud
Counts 2 & 4: Mail Fraud
Counts 3: Criminal Contempt

in violation of Title 18 United States Code, Sections 2, 401(3), 1341 & 1349

Jessica J. Lyublanovits
Name of Issuing Officer

*(signature)*
Deputy Clerk: Susan Simms

Bail fixed at $_____
and/or in accordance with Comprehensive Crime
Control Act of 1984.

Clerk of Court
Title of Issuing Officer

October 22, 2014     Pensacola
Date and Location

by   Charles J. Kahn, Jr.
          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| DATE RECEIVED: 10/23/14  DATE OF ARREST: 10/30/14  NAME AND TITLE OF ARRESTING OFFICER: DUSM Chris Leachman  SIGNATURE OF ARRESTING OFFICER: by Donna Cato |

IN RES SPC
US Marshals Sev.
10/31/14

Filed 1031'14 USDcFlnsPN0412