# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                            CASE NO.    3:14cr91/MCR

**KENT E. HOVIND**

## GOVERNMENT'S MOTION FOR CONTINUANCE

COMES NOW the United States of America and requests a continuance of the jury trial now scheduled for jury selection on December 1, 2014, and as grounds for the request states:

1.  On or about October 21, 2014, a six count Indictment was returned in the above identified case against Kent E. Hovind and Paul John Hansen.  (Doc. 3). Defendant Kent E. Hovind is charged in Counts One through Four of the Indictment, and co-defendant Paul John Hansen is charged in Counts One, Two, and Four through Six of the Indictment.  (Doc. 3).

2.  On or about October 23, 2014, Hansen was arrested in the District of Nebraska and made a first appearance on or about October 24, 2014, in the Omaha

Division.[1]  (Doc. 22).  At Hansen's first appearance, the government moved for Hansen's detention and a detention hearing was scheduled for October 29, 2014.  (Doc. 22).  On October 29, 2014, identity and detention hearings were held in the District of Nebraska for Hansen.  (Doc. 22).  Thereafter, Hansen was ordered detained.  (Doc. 22).  At that time, the United States Marshal was commanded to take custody of Hansen and to transport him to the Northern District of Florida.  (Doc. 22).  It is the undersigned's understanding that Hansen should be en route to the Northern District of Florida in the very near future.

3. On October 30, 2014, Hovind was arraigned on the Indictment and a jury trial was scheduled for December 1, 2014.  (Docs. 14-20).

4. Because the co-defendants are both charged in Counts One, Two, and Four of the Indictment, the government requests that Hovind's trial be continued to the Court's January trial docket with jury selection on January 5, 2015.  The government further requests that Hovind and Hansen's trials be consolidated.

5. Title 18, United States Code, Section 3161(c)(1) provides in pertinent part that a defendant must be tried within seventy days from the date the defendant first appeared in the district where the charges were brought.  Hovind made his first appearance on October 30, 2014, which means Hovind's trial must commence by on or about January 7, 2015.  (Doc. 16).  It should be noted that 18 U.S.C. § 3161 recognizes a number of exceptions and exclusions to the seventy day rule.  Specifically, 18 U.S.C.

---

[1] The District of Nebraska Magistrate Court case number assigned to Hansen's appearance in Nebraska was 8:14mj277/TDT.

§ 3161(h)(7) provides that the Court may exclude a reasonable period of delay in order to try defendant's jointly.[2]

6. Trying defendants Hansen and Hovind together would serve the ends of justice and judicial economy.  Therefore, the United States asks this Court to continue Hovind's trial and reschedule the case for jury selection to be held on January 5, 2015.

WHEREFORE, the undersigned Assistant United States Attorney files this motion with the Court.

>Respectfully submitted,
>
>PAMELA C. MARSH
>United States Attorney
>
>*/s/ Tiffany H. Eggers*
>TIFFANY H. EGGERS
>Assistant United States Attorney
>Florida Bar Number 193968
>21 E. Garden Street, Suite 400
>Pensacola, Florida  32502-5675
>(850) 444-4000

## RULE 7.1(B) CERTIFICATE

I HEREBY CERTIFY that the undersigned consulted Thomas S. Keith, counsel for defendant, and counsel indicated that he does not object.

>*//s// Tiffany H. Eggers*
>TIFFANY H. EGGERS
>Assistant United States Attorney

---

[2] Continuing Hovind's trial to the Court's January 5, 2015, docket does not necessitate use of the § 3161(h)(7) excludable time period.  Nonetheless, the government provides citation to said statutory authority in order to aid the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been provided to counsel for defendant Thomas S. Keith via the Court's CM/ECF system, on this 10th day of November, 2014.

*//s// Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney