**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

**Denise M. Lucks**
**Clerk of Court**

**M. Therese Bollerup**
**Chief Deputy Clerk**

November 13, 2014

Clerk of Court
United States Courthouse
One North Palafox Street, 2nd Floor
Pensacola, FL 32502

Re:   Paul John Hansen
      USDC-NE 8:14mj277
      USDC-Northern District of Florida 3:14cr91/MCR

Dear Clerk:

Pursuant to Rule 5 of the Federal Rules of Criminal Procedure, the above action has been transferred to the District of Florida. Enclosed is a certified copy of a document sent to us by the pro se defendant Paul John Hansen along with a certified copy of the docket sheet.

Please acknowledge receipt of the listed documents at the bottom of this letter as indicated and return it to the Omaha office.

Sincerely,

By: s/ Gale Gomez
Deputy Clerk

Enclosures

cc:   U.S. Attorney - FL (without enclosures)
      U.S. Attorney - NE (without enclosures)

The above-referenced documents were received by the District Court of Florida
on _____ by _____.

    Date                  Signature

Receiving Court's Assigned Case No: _____.

Forms-Letter_Rule5Out  1/9/2013

---

111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322
(402) 661-7350
Fax: (402) 661-7387
Toll Free: (866) 220-4381

100 Centennial Mall North, Room 593
Lincoln, NE 68508-3803
(402) 437-1900
Fax: (402) 437-1911
Toll Free: (866) 220-4379

Filed1117'14USDcFlnJPM0233

UNITED STATES DISTRICT COURT, NEBRASKA

~~DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS~~

~~INMATE REQUEST FORM~~

~~FORMULARIO De SOLICITUD PARA RECLUSOS~~

To/Para: STATE

CASE # 8:14 MJ 277

HABEAS CORPUS

From/De: HANSEN

WITH JUDICIAL NOTICE.

~~BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES~~

Request/Solicitud:

I REQUIRE, AS A MAN, WITH BIRTH RIGHT ON AMERICA LAND, STATE PROVES THE FOLLOWING:

A. I WAS ARRESTED ON LAND THAT IS A POSSESSION OR TERRITORY OF THE UNITED STATES.

B. VERIFIED EVIDENCE IS IN THE RECORD TO SUPPORT THE WARRANT PURSUANT TO THE 4TH AMENDMENT OF THE CONSTITUTION OF THE UNITED STATES.

C. THAT VERIFIED EVIDENCE IS IN THE RECORD TO SUPPORT AN INDICTMENT CASE NO. 3:14 CR 91-002 THE /MCR, US DISTRICT COURT NORTHWEST DISTRICT OF FLORIDA, PENSACOLA DIVISION.

D. I REQUIRE THE NAME OF THE MAN EXERCISING AUTHORITY TO HOLD ME IN JAIL.

Reply/Respuesta: JUDICIAL NOTICE - 4TH AMENDMENT, AND ARTICLE 1, SEC 8, OF THE CONSTITUTION OF THE UNITED STATES.

I WISH, I REQUIRE, THAT THE COURT IN LACKING SUBJECT MATTER JURISDICTION, OR PERSONAL JURISDICTION, RELEASE ME NOW, UPON THE STATE FAILURE TO PROV THE ABOVE.

NOTICE — THIS IS THE FOURTH MAILING ON 11-9-14 WITH NO RESPONSE FROM THE COURT - MAILED TO: US DIST. COURT, NE - 111 SOUTH 18 PLAZA 68102, OMAHA, NE - WITNESSED THE MAILING WERE → Steven Kubel, AND → Michael Gates / Michael Cooley,

YELLOW COPY: Inmate

11-9-14   Paul Hansen

IN JAIL.

DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the US District Court for the District of Nebraska.
Date Filed: 11/12/2014
OFFICE OF THE CLERK
By _Hale Gomez_
Deputy Clerk

RECEIVED
NOV 12 2014
CLERK
U.S. DISTRICT COURT
OMAHA

HANSEN, PAUL, J
Printed Name
1493261
Data #   Module #
Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

OMAHA NE 680
10 NOV 2014 PM 3 L

RECEIVED
NOV 12 2014
CLERK
U.S. DISTRICT COURT
OMAHA

U.S. DIST. COURT, NE
111 SOUTH 18TH PLAZA
OMAHA, NE 68102

CLOSED,CUSTODY

# U.S. District Court
# District of Nebraska (8 Omaha)
# CRIMINAL DOCKET FOR CASE #: 8:14-mj-00277-TDT-1
# Internal Use Only

Case title: USA v. Hansen
Other court case number: 3:14cr91-002/MCR
USDC-Northern District of Florida

Date Filed: 10/23/2014
Date Terminated: 10/29/2014

Assigned to: Magistrate Judge Thomas
D. Thalken

**Defendant (1)**

**Paul John Hansen**
*TERMINATED: 10/29/2014*

represented by **Paul John Hansen**
1493281
CJ-DOUGLAS, Douglas County
Correctional Center
Address Updated 10/27/2014
710 South 17th Street
Omaha, NE 68102
PRO SE

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the US District Court for the District of Nebraska.
Date Filed: 11/13/2014
OFFICE OF THE CLERK
By _____
Deputy Clerk

**Karen M. Shanahan**
FEDERAL PUBLIC DEFENDER'S
OFFICE - OMAHA
One Central Park Plaza
222 South 15th Street
Suite 300N
Omaha, NE 68102
(402) 221-7896
Fax: (402) 221-7884
Email: karen_shanahan@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Standby Counsel, CJA Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| (Count I) 18:1349 CONSPIRACY TO COMMIT MAIL FRAUD; (Counts II AND IV) MAIL FRAUD; (Counts V and VI) CRIMINAL CONTEMPT | |

**Plaintiff**

| USA | represented by | **Frederick D. Franklin** |
|---|---|---|
| | | U.S. ATTORNEY'S OFFICE - OMAHA |
| | | 1620 Dodge Street |
| | | Suite 1400 |
| | | Omaha, NE 68102-1506 |
| | | (402) 661-3700 |
| | | Fax: (402) 661-3084 |
| | | Email: fred.franklin@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2014 | 🔒 1 | RULE 5 COMPLAINT - (COPY OF INDICTMENT from USDC-NORTHERN DISTRICT OF FLORIDA 3:14CR91-002/MCR) ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT as to defendant(s) Paul John Hansen. (GJG) (Entered: 10/23/2014) |
| 10/23/2014 | 2 | TEXT ORDER as to defendant Paul John Hansen - Rule 5 Hearing set for 10/24/2014 at 1:30 PM in Courtroom 7, Roman L. Hruska Federal |

| | | | |
|---|---|---|---|
| · | · | | Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Thomas D. Thalken. Ordered by Magistrate Judge Thomas D. Thalken. (MBM) (Entered: 10/23/2014) |
| 10/24/2014 | 🔒 🔒 | 3 | *SEALED* SEALED PRETRIAL SERVICES REPORT as to defendant Paul John Hansen. THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (Beacom, Todd) (Entered: 10/24/2014) |
| 10/24/2014 | | 4 | TEXT ORAL MOTION - for detention. (MBM) (Entered: 10/24/2014) |
| 10/24/2014 | | 5 | TEXT MINUTE ENTRY for Rule 5 Hearing held in Omaha on 10/24/2014 before Magistrate Judge Thomas D. Thalken as to defendant Paul John Hansen. A combined detention hearing and identity hearing is scheduled before Magistrate Judge Thalken on 10/29/2014 at 10:30 a.m. Government's oral motion for detention is pending. Defendant is remanded to the custody of the U.S. Marshal. Appearance for plaintiff: Frederick D. Franklin. Appearance for defendant: Paul John Hansen, pro se. Courtroom Deputy: Mary Beth McFarland. No interpreter used during hearing. Court Reporter: Digital Recorder. Time Start: 2:03 PM; Time Stop: 2:11 PM; Time in Court: 8 Minutes. (MBM) (Entered: 10/24/2014) |
| 10/24/2014 | | 6 | ◁)) AUDIO FILE. Audio as to Defendant (1) Paul John Hansen. Court Date & Time [ 10/24/2014 2:03:11 PM ]. File Size [ 1956 KB ]. Run Time [ 00:08:09 ]. (Rule 5 Hearing). (auto-docket). (Entered: 10/24/2014) |
| 10/29/2014 | 🔒 | | (Court only) ***Assistant Federal Public Defender Karen M. Shanahan added as stand-by counsel as to defendant Paul John Hansen. (MBM) (Entered: 10/29/2014) |
| 10/29/2014 | | 7 | TEXT MINUTE ENTRY for proceedings held in Omaha on 10/29/2014 before Magistrate Judge Thomas D. Thalken as to defendant Paul John Hansen. Court appoints the Federal Public Defender as stand-by counsel for the defendant. Detention hearing and identity hearing are held. Evidence by government and defendant. Defendant's request to defer this to some other proceeding is denied. Government's oral motion for detention is granted. Order forthcoming. Defendant is found to be the person charged. Order of Removal to Northern District of Florida to be issued. Defendant is remanded to the custody of the U.S. Marshal for transfer to charging district. Appearance for plaintiff: Frederick D. Franklin. Appearance for defendant: Paul John Hansen, pro se; Karen M. Shanahan, stand-by counsel, FPD. Courtroom Deputy: Mary Beth McFarland. No interpreter used during hearing. Court Reporter: Digital Recorder. Time Start: 10:56 AM; Time Stop: 11:41 AM; Time in Court: |

| | | | |
|---|---|---|---|
| . | | | 45 Minutes. (MBM) (Entered: 10/29/2014) |
| 10/29/2014 | | 8 | WITNESS LIST as to defendant Paul John Hansen from hearing held on 10/29/2014. (MBM) (Entered: 10/29/2014) |
| 10/29/2014 | | 9 | ◁)) AUDIO FILE PART ONE OF TWO (1.5 MB) as to defendant Paul John Hansen regarding Detention Hearing 7 held on 10/29/2014 at 10:56 a.m. before Magistrate Judge Thomas D. Thalken. (MBM) (Entered: 10/29/2014) |
| 10/29/2014 | | 10 | ◁)) AUDIO FILE PART TWO OF TWO (9.4 MB) as to defendant Paul John Hansen regarding Detention Hearing 7 held on 10/29/2014 at 10:56 a.m. before Magistrate Judge Thomas D. Thalken. (MBM) (Entered: 10/29/2014) |
| 10/29/2014 | | 11 | RULE 5 ORDER as to defendant Paul John Hansen. Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. and the U.S. Marshal is commanded to take custody of the above named defendant and to transport the defendant with a certified copy of this order forthwith to the charging district specified above and there deliver the defendant to the U.S. Marshal for that district or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Cr.P.5 having been completed. Ordered by Magistrate Judge Thomas D. Thalken. (GJG)(1 certified copy to USM) (Entered: 10/31/2014) |
| 10/29/2014 | | 12 | COMMITMENT TO ANOTHER DISTRICT as to Paul John Hansen. Defendant committed to District of Northern District of Florida as to defendant Paul John Hansen. Ordered by Magistrate Judge Thomas D. Thalken.(GJG)(1 certified copy to USM) (Entered: 10/31/2014) |
| 10/29/2014 | 🔒 | | (Court only) ***Terminate Motion and R&R Deadlines/Hearings regarding TEXT ORAL MOTION - for detention 4 as to defendant Paul John Hansen. (GJG) (Entered: 10/31/2014) |
| 10/29/2014 | | 14 | ORDER APPOINTING STAND-BY COUNSEL as to defendant Paul John Hansen - The Federal Public Defender for the District of Nebraska is appointed to represent the defendant in this matter as stand-by counsel. Ordered by Magistrate Judge Thomas D. Thalken. (MBM) (Entered: 10/31/2014) |
| 10/29/2014 | 🔒 | | (Court only) *** Paul John Hansen terminated. Criminal Case Terminated as to defendant(s) Paul John Hansen. (GJG) (Entered: 10/31/2014) |
| 10/31/2014 | | 13 | Transmittal Letter transferring case to USDC-Northern District of Florida pursuant to Rule 5 Out as to defendant Paul John Hansen. (GJG) (Entered: 10/31/2014) |

| | | |
|---|---|---|
| 11/04/2014 | 15 | Writ Habeas Corpus filed by defendant Paul John Hansen. (GJG) (Entered: 11/06/2014) |
| 11/06/2014 | 16 | Transmittal Letter sending Writ Habeas Corpus 15 as to defendant Paul John Hansen to USDC-Northern District of Florida pursuant to Rule 5 Out as to defendant Paul John Hansen. (GJG) (Entered: 11/06/2014) |
| 11/10/2014 | 17 | RECEIPT of transfer documents from USDC-Northern District of Florida as to defendant Paul John Hansen. (GJG) (Entered: 11/10/2014) |
| 11/12/2014 | 18 | Habeas Corpus with Judicial Notice filed by defendant Paul John Hansen. (GJG) (Entered: 11/13/2014) |
| 11/13/2014 | 19 | Transmittal Letter sending Habeas Corpus with Judicial Notice filing 18 as to defendant Paul John Hansen to USDC-Northern District of Florida pursuant to Rule 5 Out as to defendant Paul John Hansen. (GJG) (Entered: 11/13/2014) |