IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                        CASE NO.     3:14cr91/MCR

**KENT E. HOVIND**

## GOVERNMENT'S SECOND MOTION FOR CONTINUANCE

COMES NOW the United States of America and requests a continuance of the jury trial now scheduled for jury selection on January 5, 2015, and as grounds for the request states:

1. On or about October 21, 2014, a six count Indictment was returned in the above identified case against Kent E. Hovind and Paul John Hansen.  (Doc. 3). Defendant Kent E. Hovind is charged in Counts One through Four of the Indictment, and co-defendant Paul John Hansen is charged in Counts One, Two, and Four through Six of the Indictment.  (Doc. 3).

2. On or about October 23, 2014, Hansen was arrested in the District of Nebraska and made a first appearance on or about October 24, 2014, in the Omaha

Division.[1]  (Doc. 22).  At Hansen's first appearance, the government moved for Hansen's detention and a detention hearing was scheduled for October 29, 2014.  (Doc. 22).  On October 29, 2014, identity and detention hearings were held in the District of Nebraska for Hansen.  (Doc. 22).  Thereafter, Hansen was ordered detained.  (Doc. 22).  At that time, the United States Marshal was commanded to take custody of Hansen and to transport him to the Northern District of Florida.  (Doc. 22).

      3.      Hovind was arraigned on the Indictment on October 30, 2014, and his trial was scheduled for December 1, 2014.  (Docs. 14-20).  On November 10, 2014, the government filed an unopposed Motion to Continue Hovind's jury trial because Hansen had not arrived in the Northern District of Florida.  (Doc. 23).   That is, the government asked that Hovind's trial be continued to the Court's January trial docket with jury selection on January 5, 2015, so Hovind and Hansen's trials could be consolidated.  (Doc. 23).

      4.      Hansen arrived in the Northern District of Florida on or about December 10, 2014.  Hansen's first appearance and arraignment were held on today's date before United States Magistrate Judge Kahn.  Following arraignment, Hansen's jury trial was scheduled for the Court's February trial term with jury selection on February 9, 2015.

      5.      Title 18, United States Code, Section 3161(c)(1) provides in pertinent part that a defendant must be tried within seventy days from the date the defendant first appeared in the district where the charges were brought.  Hovind made his first appearance on October 30, 2014, which means Hovind's trial must commence by on or

---

[1]  The District of Nebraska Magistrate Court case number assigned to Hansen's appearance in Nebraska was 8:14mj277/TDT.

about January 7, 2015.  (Doc. 16).  However, 18 U.S.C. § 3161 recognizes a number of exceptions and exclusions to the seventy day rule, i.e.

> § 3161(h)(1)(F) - delay resulting from transportation of any defendant from another district, . . . , except that any time consumed in excess of ten days from the date an order of removal or an order directing such transportation, and the defendant's arrival at the destination shall be presumed to be unreasonable; and,
>
> § 3161(h)(6) – a reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted.

The government's request to continue Hovind's trial to February 9, 2015, would put Hovind's trial thirty-three days beyond the seventy day speedy trial period in 18 U.S.C. § 3161.  The government submits that thirty-three days is a reasonable period of delay so the co-defendants can be jointly tried.  18 U.S.C. 3161(h)(6).

6. Further, trying defendants Hansen and Hovind together would serve the ends of justice and judicial economy.[2]  18 U.S.C. 3161(7)(A).

7. Therefore, the United States asks this Court to continue Hovind's trial and reschedule the case for jury selection to be held on February 9, 2015, so Hovind's trial may be tried with his co-defendant Hansen.  The government further asks this Court to find that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speeding trial."  18 U.S.C. 3161(7)(A).

---

[2]  The facts and circumstances that the government will present at each defendants' trial (if tried separately) are almost identical, with the exception of Count Six of the Indictment.  Further, the government anticipates that regardless of whether the defendants are tried jointly or separately, the jury trial will take five to seven days from jury selection to closing argument.

WHEREFORE, the undersigned Assistant United States Attorney files this motion with the Court.

>Respectfully submitted,
>
>PAMELA C. MARSH
>United States Attorney
>
>*/s/ Tiffany H. Eggers*
>TIFFANY H. EGGERS
>Assistant United States Attorney
>Florida Bar Number 193968
>21 E. Garden Street, Suite 400
>Pensacola, Florida  32502-5675
>(850) 444-4000

## RULE 7.1(B) CERTIFICATE

I HEREBY CERTIFY that the undersigned consulted Thomas S. Keith, counsel for defendant, and counsel indicated that he OBJECTS to the government's motion.

>*//s// Tiffany H. Eggers*
>TIFFANY H. EGGERS
>Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been provided to counsel for defendant Thomas S. Keith via the Court's CM/ECF system, on this 11th day of December, 2014.

>*//s// Tiffany H. Eggers*
>TIFFANY H. EGGERS
>Assistant United States Attorney