11:00 AM                       United States District Court
                        CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

Time Commenced:     11:43 AM                    Case #    3:14cr91/MCR
Time Concluded:     11:50 AM                    Date     12/11/14

DOCKET ENTRY: **ARRAIGNMENT** -

PRESENT:   HONORABLE Charles J. Kahn, Jr.   , U. S. MAGISTRATE JUDGE
   Irma McCain-Coby        Dawn Bachtold          CD           David Goldberg
    Deputy Clerk             U.S.P.O.        Court Reporter    Asst. U.S. Attorney

U.S.A. vs.   Paul John Hansen
  ✘  present    x  custody  _____ bond  _____ O/R  _____ DOB
         Thomas Keith       x   Apptd.    _____ Retained    x   present
          Attorney for Defendant


PROCEEDINGS:

   x    Defendant waives reading of Indictment-Information.
   ____ Indictment-Information read.

PLEA:
   **X**          Not Guilty Count(s)  ALL
   ____           Guilty Count(s) _____


Trial Date:   February 9, 2015