## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No.  3:14cr91/MCR

PAUL JOHN HANSEN

_____/

### AMENDED ORDER[1]

Defendant appeared before the court on December 11, 2014, and indicated his intent to represent himself in this matter but specifically requested that the court appoint standby counsel to assist him as needed.  Pursuant to *Faretta v. California*, 422 U.S. 806 (1975), and *United States v. Garey*, 540 F.3d 1253 (11th Cir. 2008), the undersigned examined defendant regarding his capacity for self-representation, as well as his qualification for court-appointed counsel.  The court made a finding, based on *Farretta* and *Garey,* that defendant both wishes to represent himself and meets the standard for self representation; the court also determined from the sworn testimony of defendant that he qualifies for appointment of counsel pursuant to the provisions of the Criminal Justice Act.  Accordingly, it is hereby **ORDERED**:

1.      Defendant shall be allowed to represent himself in this matter.

2.      The **FEDERAL PUBLIC DEFENDER**, Blount Building, Suite 200, 3 West Garden Street, Pensacola, Florida 32502, telephone number (850) 432-1418, is appointed to represent the defendant as standby counsel.  Further proceedings will be

---

[1] This order is intended to replace the order entered on December 11, 2014 (doc. 34), appointing counsel for defendant.

held before the United States District Court AS DIRECTED. The defendant is presently in custody. If a Criminal Justice Act (CJA) panel attorney is selected by the Public Defender as defendant's attorney, this order authorizes payment of the CJA attorney for work on behalf of defendant from the time that attorney was contacted by the Public Defender to take the case and agreed to take the case, even though that work predated this order.

      **DONE** and **ORDERED** this 12th day of December, 2014.

/s/ *Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**