UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                              CASE NO. 3:14cr91/MCR

KENT E. HOVIND

## AMENDED NOTICE

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| | | | |
|---|---|---|---|
| Place: | United States Courthouse<br>1 North Palafox Street<br>Pensacola, Florida 32504 | | |
| Room No: | Courtroom 5 | | |
| New Date: | February 9, 2015 | Previous Date: | January 5, 2015 |
| New Time: | 8:00 AM | Previous Time: | 8:00 AM |
| Type of Proceeding: | Attorney Conference/Jury Selection/Jury Trial<br>before the Honorable M. Casey Rodgers, Chief Judge | | |

**NOTE:**
If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

December 15, 2014                                  s/ *Susan Simms*
DATE                                                     Deputy Clerk: Susan Simms

Copies to:
Honorable M. Casey Rodgers
Tiffany Eggers, AUSA
Thomas Keith, AFPD
US Marshal
US Probation
Court Security