IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA PENSACOLA
DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                        Case Number: 3:14cr91/MCR

PAUL JOHN HANSEN,
    Defendant.
_____/

## NOTICE OF APPEARANCE AS STANDBY COUNSEL

    J. Christopher Klotz files his Notice of Appearance as Standby Counsel for the purpose of representing the Defendant, Paul John Hansen.

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been furnished to Tiffany Eggers, Assistant U.S. Attorney, 21 East Garden Street, Suite 400, Pensacola, Florida, via submission to ECF, on this 16th day of December, 2014.

BY:   **/es/ J. Christopher Klotz**
_____
J. CHRISTOPHER KLOTZ
ATTORNEY FOR DEFENDANT

**J. CHRISTOPHER KLOTZ**
J. Christopher Klotz, P.C.
127 Palafox PL., Suite 100
Pensacola, Florida 32502
(850) 497-6565 (w)
(866) 251-7888 (f)
chris@klotzlawfirm.com
FL Bar No.: 47060