### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                              CASE NO.     3:14cr91/MCR

**PAUL JOHN HANSEN**

### ORDER

This cause is now before the Court on the government's Motion to Compel Major Case Fingerprints from defendant Paul John Hansen. (Doc. 43). Being fully apprised of the premises, the government's motion is hereby GRANTED.

Accordingly, defendant Paul John Hansen is ORDERED and DIRECTED to provide major case fingerprints to Special Agent Frederick "Charles" Evans or another law enforcement officer designated by Special Agent Evans. That is, defendant Paul John Hansen is ORDERED and DIRECTED to provide major case fingerprints on Monday, January 5, 2015, at 10:00 am, or on another date and time designated by Special Agent Evans as long as that date and time is prior to Friday, January 9, 2015.

Done this the _____ day of December, 2014.

**M. CASEY RODGERS**
**CHIEF U.S. DISTRICT COURT JUDGE**
**NORTHERN DISTRICT OF FLORIDA**