**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

 **v.**                                        **CASE NO.     3:14cr91/MCR**

**PAUL JOHN HANSEN**

_____/

**O R D E R**

This cause is before the Court on the Government's Motion to Compel Major Case
Fingerprints from Defendant Paul John Hansen.  (Doc. 43).  Being fully apprised of the
premises, the Government's motion is hereby GRANTED.

Accordingly, Defendant Paul John Hansen is ORDERED and DIRECTED to provide
major case fingerprints to Special Agent Frederick "Charles" Evans or another law
enforcement officer designated by Special Agent Evans on Monday, January 5, 2015, at
10:00 am, or on another date and time designated by Special Agent Evans as long as that
date and time is prior to Friday, January 9, 2015.

**SO ORDERED** this 29th day of December, 2014.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**