TO THE U.S. DIST. COURT, N. DIST. FL. PENSACOLA

USA
V.
HANSEN,
HOVIND.

CASE No.
3:14 CR 91/MCR

FILE FOR RECORD

RE: I REQUEST PUBLIC DEFENDER, KLOTZ, FILE FOR A DETENTION/RELEASE HEARING.

A. ANKLE MONITOR OK.
B. HOUSE I CAN STAY AT IS 120 OLEANDER, PENSACOLA, FLORIDA

NOTE: I WISH TO CHALLENGE VENUE. FOR ACTS ARE NOT EVIDENCED AS OCCURING ON U.S.A OWNED LANDS.

I ALSO NEED TO KNOW IF YOU ARE PRESENTLY MY PUBLIC DEFENDER OR STAND BY COUNSEL?

(#A)   12/21/2014   Paul Hansen
PAUL JOHN HANSEN

TO THE U.S. DIST. COURT, N. DIST., FL, PENSACOLA

| | |
|---|---|
| USA | CASE NO. |
| V. | 3:14 CR 91/MCR |
| HANSEN, | |
| HOVIND. | FILE FOR RECORD |

RE: REQUEST UPON PUBLIC DEFENDER, KLOTZ.

I NEED BILL OF PARTICULARS FOR:

1. ON PAGE 5 OF 12 (17), HOW DO THEY CLAIM I MAILED IT? FROM WHERE? WHAT EXACT FEDERAL ZONE LOCATION DID THE MAILING PASS OVER DO THEY CLAIM? DO THEY CLAIM I HAD KNOWLEDGE THAT MY ACTION WAS INTENTIONAL TO CAUSE THE MAILING TO PASS ONTO A FEDERAL ZONE?

2. ON PAGE 7 OF 12 (3.) WHAT DO THEY CLAIM SPECIFICALLY AS ASSOCIATED WITH THE 'LIS PENDENS,' OR/AND, 'AFFIDAVIT OF OBLIGATION' I DID, AND WHERE WAS I WHEN I DID THEIR CLAIMED ACTS? ALSO ON LINE 8 AS TO "AND OTHER", WHO ARE THE PEOPLES NAMES AND ADDRESSES REFERENCED AS "OTHERS"?

. ON PAGE 8 OF 12 THEY CLAIM I "SENT" OR "DELIVERED" OR "MOVED" LIS PENDENS DOCUMENTS. WHAT DOCUMENT THEY CLAIMED? FROM WHERE? TO WHERE? AND WHAT FEDERAL ZONES

DO THEY CLAIM THE MAILINGS PASSED OVER? ... — DO THEY CLAIM I HAD INTENT TO PASS THE MAILING OVER FEDERAL LANDS?

4. AS TO COUNT FOUR (4) WHAT PORTION OF 18-1341 AND 1342 DO THEY CLAIM I VIOLATED?

5. AS TO COUNT FIVE (5) WHAT PORTION OF 18-401 (3) DO THEY CLAIM I VIOLATED? WHAT DO THEY CLAIM THAT EXACTLY I DID WAS A VIOLATION OF WRITTEN LAW?

6. AS TO COUNT SIX (6) WHAT DOES THE PLAINTIFF CLAIM THAT MADE HANSEN SUBJECT TO THE U.S. COURT. WHAT DO THEY CLAIM HANSEN DID, SIGN, OR SAY TO BE SUBJECT TO A U.S. COURT THAT IS FOREIGN TO HANSEN.

7. IS PLAINTIFF CLAIMING HANSEN USED A RETURN ADDRESS THAT WAS NOT CORRECT, OR MISLEADING?

8. IS THE PLAINTIFF CLAIMING HANSEN'S RETURN ADRESSES IS LAND OF THE UNITED STATES, OR LAND NOT OWNED BY THE UNITED STATES?

(#B)   12/21 2014    Paul John Hansen
                     PAUL JOHN HANSEN

TO THE U.S. DIST COURT, N. DIST., FL PENSACOLA
USA.
V.
HANSEN,
HOVIND.

CASE No.

3:14 CR 91/MCR

FILE FOR RECORD

RE: I REQUIRE PUBLIC DEFENDER, KLOTZ, TO:

1. CHALLENGE IF VERIFIED EVIDENCE IS SWORN, IN THE RECORD, ORALLY, OF CLAIMS, OF TERRITORIAL JURISDICTION AND OF THE ACTS CHARGED, AS BEFORE THE GRAND JURY.

2. INVESTIGATE IF VERIFIED (SWORN) EVIDENCE IS REQUIRED TO INDICT HANSEN, AS A MAN WITH BIRTH RIGHT, ON AMERICAN SOIL, AND CHALLENGE SO IN THIS COURT CASE.

3. IF EVIDENCE IS IN THE RECORD SUFFICIENT TO INVOKE THE COURTS SUBJECT MATTER JURISDICTION.

. TO PROVIDE HANSEN OF WHAT ORAL EVIDENCE WAS PRESENT BEFORE THE GRAND JURY TO GET THE INDICTMENT.

(#C) 12/21 2014

Paul John Hansen
PAUL JOHN HANSEN

TO THE U.S. DIST. COURT N. DIST. FL PENSECOLA

USA

V.

HANSEN.
HOVIND.

CASE No.
3:14 CR 91/MCR

FILE FOR RECORD

RE: DISCOVERY/ADMISSIONS/INTERROGATORIES.
I REQUIRE PUBLIC DEFENDER, KLOTZ TO CALL FOR DISCOVERY O...
. ALL DOCUMENTS USA INTENDS TO OFFER AS EVIDENCE.
I REQUIRE THEM IN PAPER FORM.
. ALL WITNESS NAMES, ADDRESSES, AND WHAT THEY WILL TESTIFY TO.
. WHAT USA INTENDS TO RELY UPON THAT EACH WRITTEN LAW CHARGED HAS FORCE AND EFFECT ON LAND NOT OWNED BY THE USA.
4. REQUIRE THAT THEY YELLOW HIGHLIGHT THE AREAS OF THEIR DOCUMENTS 'DUMPED' THAT THEY INTEND TO NOTICE SPECIFICALLY TO THE JURY.
. WHO GAVE ORAL TESTIMONEY TO THE GRAND JURY.
- I WANT THE GRAND JURY TRANSCRIPT.
- DO I HAVE ACCESS/RIGHT TO WHAT WAS PRESENTED BEFORE THE GRAND JURY?
- I, NOT A U.S. PERSON, A MAN OF BIRTH RIGHT ON AMERICAN SOIL, LAND NO OF THE U.S.
. WHAT THE USA RELIES UPON THAT A SUBPOINA NEEDS NO STATED WRITTEN LAW UPON IT'S FACE TO GIVE NOTICE OF FORCE AND EFFECT, OR IF IGNORED BY HANSEN WHAT THE PUNISHMENT MAY BE.
. I CALLED FOR THE 'NATURE' OF THE CHARGES AND THE COURT DID NOT REQUIRE THE USA TO STATE IT ON THE RECORD AT THE ARRAIGHNMENT. US CONSTITUTION STATES THAT I HAVE A RIGHT TO NATURE AND CAUSE OF THE ACUSATIONS AGAINST ME. 8. NAME, ADDRESS OF VERY MAN THAT MADE ANY CLAIM ASSOCIATED WITH GRAND JURY. AND INDICTMENT.

(#D) 12/21 2014

Paul Hansen
PAUL JOHN HANSEN

TO THE U.S. DIST. COURT, N. DIST., FL, PENSACOLA

USA
v.
HANSEN,
HOVIND.

CASE No.

3:14 CR 91/MCR

FILE FOR RECORD

RE: REQUEST

1. I REQUEST THAT PUBLIC DEFENDER, KLOTZ, GET, OR CAUSE TO BE DELIVERED TO ME THE/A EXACT COPY OF THE 'STATUTES AT LARGE' THAT IS THE TRUE LEGISLATIVE WRITTEN LAW. FOR TITLE 18 IS A REVISED CODE OF THE 'STATUTES AT LARGE'. I REQUIRE THE TRUE PASSED BILL/LAW TO KNOW THE FULL LAWS FOUND IN THIS CASE INDICTMENT, FOR THE UNITED STATES CODE MAY NOT BE AN ACCURATE REVISION IN THE UNITED STATES CODE.

(E) 12/21/2014

Paul John Hansen
PAUL JOHN HANSEN

TO THE U.S. DIST COURT N. DIST, FL, PESECOLM

USA.
V.
HANSEN,
HOVIND.

CASE No.
3:14 CR 91/MCR

FILE FOR RECORD

RE:

1. I REQUEST THAT PUBLIC DEFENDER, KLOTZ, FILE THE FOLLOWING:

A. FILE TO ARREST THE WARRANT, FOR LACK OF TERRITORIAL JURISDICTION AT THE LOCATION OF THE ARREST.

B. NO 4TH AMENDMENT, AS OF THE CONSTITUTION OF THE UNITED STATES, OATH OR AFFIRMATION IS FOUND IN THE RECORD TO SUPPORT THE WARRANT.

(#F) 12/21/2014

Paul John Hansen

PAUL JOHN HANSEN

TO THE U.S. DIST COURT N. DIST FL, PENSECOLA

USA  
V.  
HANSEN,  
HOVIND.

CASE No.  
3:14 CR 91/MCR

FILE FOR RECORD

RE:

1. I REQUIRE PUBLIC DEFENDER, KLOTZ, TO FILE A 'PERSONAL JURISDICTION CHALLENGE', TO HAVE PLAINTIFF TO EVIDENCE WHAT HANSEN DID (ACTION), SAID, OR SIGNED, FOR TO GIVE THIS COURT PERSONAL JURISDICTION OVER HANSEN.

(G#) 12/21/2014

Paul John Hansen  
PAUL JOHN HANSEN

TO THE U.S. DIST. COURT N. DIST. FL. PENSECOLA

USA / CASE No.
V. /
HANSEN. / 3;14 CR 91/MCR
HOUIND. / FILE FOR RECORD
/

RE:

1. I REQUIRE PUBLIC DEFENDER, KLOTZ, TO FILE A 'TERITORIAL JURISDICTION CHALLENGE' UPON PLAINTIFF, TO CHALLENGE THEM TO EVIDENCE THE FOLLOWING;

1. THAT EACH INDIVIDUAL COUNT..., INDIVIDUAL CLAIMED ACTS, PLAINTIF ALLEDGES HANSEN DID OCCURED ON LAND THAT IS OF THE UNITED STATES, AS COMPLIANT TO ARTICLE 1, SECTION 8, OF THE CONSTITUTION OF THE UNITED STATES, AS WITH EXCLUSIVE LEGISLATIVE AUTHORITY LIMITATION UPON U.S. LAND ONLY.

(#H) 12/21/2014

Paul John Hansen
PAUL JOHN HANSEN

TO THE U.S. DIST. COURT, N. DIST., FL. PENSECOLA

USA /
v. / CASE No.
HANSEN, / 3:14 CR 91/MCR
HOVIND. / FILE FOR RECORD

RE: WISH TO PROSECUTE BY RIGHT.

I WISH TO PROSECUTE A 'COURT OF RECORD' ACTION AGAINST ALL MEN THAT CLAIM THAT MY ACTS OCCURED ON LAND OF THE UNITED STATES, AS ASSOCIATED WITH SAID CASE No. 3:14 CR 91/MCR

I WISH TO USE THE COURT ROOM AVAILABLE CLOSE BY PENSACOLA, FLORIDA... A COURT ROOM NOT ON U.S. LAND, LAND OWNED BY "The United States of America". I NEED A COURT CLERK ADDRESS TO FILE WITH. I WISH TO DO THIS BEFORE CASE 3:14 CR 91/MRC GOES TO TRIAL, I WISH TO DO IT NOW.

(#I)  12/21/2014                    Paul John Hansen
                                    PAUL JOHN HANSEN

TO THE DIST COURT MOD DCT FL PENSECOLA

U.S.

| | | |
|---|---|---|
| USA | / | CASE No. |
| V. | / | 3:14 CR 91/MCR |
| HANSEN, | / | |
| HOVIND. | / | FILE FOR RECORD |

RE: SUBJECT MATTER JURISDICTION CHALLENGE.

I REQUIRE PUBLIC DEFENDER, KLOTZ, TO FILE THIS SMJ CHALLENGE.

I, REQUIRE THAT THE USA BRING FORTH EVIDENCE SUPPORTED BY TESTIMONEY THAT THE WRITTEN LAW DECLARED OPERATIONAL WITH EACH INDIVIDUAL CHARGE/COUNT/ACT WITH FORCE AND EFFECT UPON:

1. I, A MAN, OF BIRTH RIGHT

2. AT THE LOCATION OF THE ACTIVITY CHARGED.

3. AND THAT IT GOVERNES THE SAID ACTIVITY.

(#J) 12/21/2014

Paul John Hansen
PAUL JOHN HANSEN

TO THE U.S. DIST. COURT N. DIST., FL. PENSECOLA
USA.
V.
HANSEN,
 fOUIND.

CASE No.
3:14 CR 91/MCR
FILE FOR RECORD

RE: CERTIFICATE OF SERVICE, VERIFIABLE

I MAILED THE FOLLOWING DOCUMENT TO THE ADDRESSES BELOW, ON THE 21 DAY OF DECEMBER, 2014:

1. KLOTZ LAW FIRM, 127 PALAFOX PLACE, SUITE 100, PENSACOLA, FL 32502

- U.S. FEDERAL COURTHOUSE FOR THE U.S. DISTRICT OF FL, PENSACOLA DIV., BLOUNT BLDG., 3 WEST GARDEN ST., PENSACOLA, FL 32502-5154.

11 PAGES TOTAL

1. REQUEST/NOTICE FOR DETENTION HEARING.
   "         "     FOR BILL OF PATICULARS.
   "         "     FOR EVIDENCE BEFORE GRAND JURY.
   "         "     FOR DISCOVERY.
   "         "     FOR STATUTES AT LARGE.
   "         "     FOR TO ARREST THE WARRANT.
   "         "     FOR PERSONAL JURISDICTION CHALLENGE.
   "         "     FOR TERRITORIAL JURISDICTION CHALLENGE.
   "         "     FOR 'COURT OF RECORD', INFO TO PROSECUTE.
   "         "     FOR SUBJECT MATTER JURISDICTION CHALLENGE.

NOTICE ALL CHALLENGES/MOTIONS ARE TO BE WITHOUT ORAL ARGUMENTS. C.O. SERVICE → (FK)

12-21-2014  Paul John Hansen

P.O. BOX 7129, MILTON, FL 32572

C.C. TO: UNITED STATES ATTORNEY  — PAUL JOHN HANSEN

PAUL JOHN HANSEN
P.O. BOX 7129
MILTON, FL. 32572

This mail has been generated by an inmate in the Santa Rosa County Jail and has not been censored.

℅ CLERK
U.S. FED. COURTHOUSE FOR THE
U.S. DIST OF FL, PENSACOLA DIV.,
BLOUT BLDG., 3 WEST GARDEN ST.,
PENSACOLA, FL 32502-5654

PRIVILEGED

PRIVILEGED LEGAL MAIL

FEDERAL PUBLIC DEFENDER
RECEIVED
DEC 29 2014
PENSACOLA, FL

neopost
12/23/2014
US POSTAGE $00.90⁰

FIRST-CLASS MAIL
ZIP 32583
041L11250333