UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                              CASE NO.  3:14cr91/MCR

KENT E. HOVIND and
PAUL JOHN HANSEN

## HEARING NOTICE

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| Place: | United States Courthouse<br>One North Palafox Street<br>Pensacola, Florida 32502-5658 |
| Room No: | Courtroom 5 |
| Date: | January 28, 2015 |
| Time: | 9:00 AM |
| Type of Proceeding: | Status Conference Hearing before the Honorable M. Casey Rodgers, Chief Judge |

**NOTE:**
If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

January 16, 2015                                    s/ *Susan Simms*
DATE                                                        Deputy Clerk: Susan Simms

Copies to:
Honorable M. Casey Rodgers
Tiffany Eggers, AUSA
Thomas Keith, AFPD
Christopher Klotz, Esquire
US Marshal
Court Security