FLN (Rev. 4/2004) Deficiency Order                                                                                          Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 3:14cr91/MCR

PAUL JOHN HANSEN

_____

### O R D E R

Your document, **File for Record - Notice (received on 1/16/2015)**, was referred to the undersigned with the following deficiencies:

> Any party represented in a suit by counsel of record shall not thereafter take any step or be heard in the case in proper person, absent prior leave of court; nor shall any party having previously elected to proceed in proper person be permitted to obtain special or intermittent appearances of counsel.

For these reasons, IT IS ORDERED that:

> The submitted hard copy of the document shall be returned by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

**DONE and ORDERED** this 20th day of January, 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**