IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA PENSACOLA
DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.                                                     Case Number: 3:14cr91/MCR

PAUL JOHN HANSEN,
    Defendant.
_____/

### Motion Requesting Pretrial Release

    COMES NOW the Defendant, Paul John Hansen by and through his undersigned Counsel pursuant to Federal Rules of Criminal Procedure and all other applicable authority and moves this Honorable Court to enter an Order granting the movant the Pre-Trial Release In support thereof the movant would show the following:

### Statement of Facts

    1. On 7-31-2014 the Defendant was served a Grand Jury subpoena by hand delivery indicating an instructions for him to appear in Pensacola, Florida on 8-19-2014 for fingerprints and handwriting samples in regard to the instant case.

    2. On 8-5-2014 Hansen asked the United States Clerk of Court by email and letter mailed by Notary to be advised of written law that places a duty on him to appear in Pensacola, Florida.

    3. No written response was provided to Hansen.

    4. The Defendant was arrested on 10-23-2014 and subsequently transported to Pensacola, Florida where he is currently being housed in Santa Rosa County Jail.

5. The reason for Defendant's current detention status is believed to be in large part due to a failure to appear on the subpoena served on 7-31-2014.

6. Defendant requests review and a hearing on the issue of the Defendant's custody status. Mr. Hansen's being out of confinement would greatly enhance his ability to help himself, and his attorney, prepare for the pending trial in this case.

7. The Defendant is willing to be subject to electronic monitoring and has an available house where he will be able to live in Pensacola, Florida for the pendency of this case. Though he lives out of state, he is willing to commit to remaining in Pensacola until the resolution of this case. He further states that any/all conditions of requested release are humbly accepted by him at his expense.

WHEREFORE, the Defendant, Paul John Hansen and his Counsel move this Honorable Court to entre its Order granting pretrial release.

Submitted this 22nd day of January, 2015.

Respectfully Submitted,

/es/ J. Christopher Klotz
J. CHRISTOPHER KLOTZ
J. Christopher Klotz, P.C.
127 Palafox PL., Suite 100
Pensacola, Florida 32502
(850) 497-6565 (w)
(866) 251-7888 (f)
chris@klotzlawfirm.com
FL Bar No.: 47060

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been furnished to Tiffany Eggers, Assistant U.S. Attorney, 21 East Garden Street, Suite 400, Pensacola, Florida, via submission to ECF, on this 22nd day of January, 2015.

        BY:    <u>**/es/ J. Christopher Klotz**</u>
                    J. CHRISTOPHER KLOTZ
                    J. Christopher Klotz, P.C.
                    127 Palafox PL., Suite 100
                    Pensacola, Florida 32502
                    (850) 497-6565 (w)
                    (866) 251-7888 (f)
                    chris@klotzlawfirm.com
                    FL Bar No.: 47060