**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                               CASE NO.  3:14cr91/MCR

PAUL JOHN HANSEN

### REFERRAL AND ORDER

Referred to Chief Judge Rodgers on      January 22, 2015
Motion/Pleadings:   DEFENDANT'S REQUEST TO PUBLIC DEFENDER
Filed by   Plaintiff *Pro Se*      on     12/30/14     Doc.#     45
RESPONSES:

                                                        on                   Doc.#
                                                        on                   Doc.#

_____ Stipulated        _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                                        JESSICA J. LYUBLANOVITS
                                                        CLERK OF COURT

                                                        s/ *Kathy Rock*

LC (1 OR 2)                             Deputy Clerk: Kathy Rock

## *ORDER*

    *Upon consideration of the foregoing, it is ORDERED this 26th day of January, 2015, that:*

    *An <u>ex parte</u> hearing was conducted on January 12, 2015, to clarify the role of appointed stand-by counsel, resulting in the appointment of attorney Christopher Klotz as attorney of record for defendant. Accordingly, the relief requested is DENIED.*

                                                        s/ *M. Casey Rodgers*
                                                      *M. CASEY RODGERS*
                                              *Chief United States District Judge*