# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                      CASE NO.  3:14cr91/MCR

PAUL JOHN HANSEN

## REFERRAL AND ORDER

Referred to Chief Judge Rodgers on    January 26, 2015

Motion/Pleadings:    DEFENDANT'S MOTION TO COMPEL PUBLIC DEFENDER

Filed by   Plaintiff *Pro Se*    on    1/7/15    Doc.#    47

RESPONSES:

                                on              Doc.#

                                on              Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

s/ *Kathy Rock*

LC (1 OR 2)                      Deputy Clerk: Kathy Rock

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 26th day of January, 2015, that:*

*An <u>ex parte</u> hearing was conducted on January 12, 2015, to clarify the role of appointed stand-by counsel, resulting in the appointment of attorney Christopher Klotz as attorney of record for defendant. Accordingly, the relief requested is DENIED.*

s/ *M. Casey Rodgers*

*M. CASEY RODGERS*
*Chief United States District Judge*