UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                              CASE NO.  3:14cr91/MCR

PAUL JOHN HANSEN

**NOTICE**

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| Place: | United States Courthouse<br>One North Palafox Street<br>Pensacola, Florida 32502-5658 |
| Room No: | Courtroom 3 North |
| Date: | January 28, 2015 |
| Time: | 11:00 AM |
| Type of Proceeding: | Hearing on Motion Requesting Pretrial Release Doc. #56 before U. S. Magistrate Judge Charles J. Kahn, Jr. |

**NOTE:**
If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

January 26, 2015                                    /s/ Irma McCain-Coby
DATE                                                       Deputy Clerk: Irma McCain-Coby

Copies to:
Tiffany Eggers, AUSA
Christopher Klotz, Esquire
U. S. Marshal's Service
Court Security
U. S. Probation Office