IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                              Case No. 3:14cr91/MCR

KENT E. HOVIND,

      Defendant.
_____/

**<u>DEFENDANT HOVIND'S RESPONSE IN OPPOSITION TO
GOVERNMENT'S THIRD MOTION FOR CONTINUANCE</u>**

COMES NOW the defendant, KENT E. HOVIND, by and through his undersigned attorney, and states the following in support of his opposition to the Government's Third Motion For Continuance:

1. Mr. Hovind has informed undersigned counsel ("counsel") that he (Hovind) opposes any further continuances of the trial date because it will delay the final resolution of this case which will, consequently, delay when he can be moved from the Santa Rosa County Jail.  He has been at the Santa Rosa County Jail since just before August 15, 2014, due to the contempt proceedings brought against him in Case No. 3:14mc53.  He was scheduled to go to trial in that case on November 3, 2014, but the case was dismissed on October 28, 2014, as a result of the indictment being returned in the instant case.  His initial trial date in the instant case was December 1, 2014 (doc. 20), but the government's motion to continue the trial date due to the

absence of the codefendant was granted (this motion was unopposed by counsel) and the trial date was rescheduled to January 5, 2015 (docs. 23, 25).  On December 11, 2014, the government filed a second motion to continue jury trial due to the delay in the arrival of the codefenant in this district (doc. 32).  Counsel <u>opposed</u> this motion, but the Court granted it and rescheduled the trial for February 9, 2015 (doc. 39).  Counsel has been preparing for trial and would be ready for trial on February 9th.

     2.  Mr. Hovind has now been at the county jail for over 5 months.  He is still serving his original 10 year sentence imposed by the Court.  His scheduled release date is in August of this year.  He has served all of his sentence in prison camps (except for time in transit) and would be at FPC Yazoo City now if not for the detour to the county jail.  He would be eligible for home confinement starting in a few weeks from now if not for the pending indictment in the instant case (see appended email conversation between counsel and Darlene Tyler with the BOP).  As can be seen, Mr. Hovind has very valid reasons for wanting this case resolved as soon as possible and not wanting any further continuances.  Being in the county jail is obviously far different and more difficult than being at a prison camp or on home confinement.  One example is that Mr. Hovind is in serious need of dental work which he cannot get while at the county jail (see email between counsel and Tom Miller with the Marshal).

     WHEREFORE, Mr. Hovind opposes the government's further motion to continue the trial date.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to TIFFANY EGGERS, Assistant United States Attorney, 21 E. Garden Street, Suite 400, Pensacola, FL 32502, by Notice of Electronic Filing this 27th day of January 2015.

/s/ Thomas S. Keith
THOMAS S. KEITH
Florida Bar No. 0243078
Attorney for Defendant
3 W. Garden Street, Suite 200
Pensacola, FL  32502
Thomas_Keith@fd.org
(850) 432-1418