# United States District Court

**Hearing Time: 9:00 AM**

## CRIMINAL MINUTES - GENERAL

**Time Commenced**   9:00 AM                              Case #  3:14cr91/MCR

Time Concluded:   10:43 AM                                Date   February 2, 2015
      .
 Detention Hearing - Defendant ordered detained.   Exhibits placed in secured storage.

---

PRESENT: HON.  Charles J. Kahn, Jr.  , MAGISTRATE JUDGE       Irma McCain-Coby
                                                                 Deputy Clerk
  Dawn Bachtold                     **Donna Boland**          Tiffany Eggers
     USPO                           Court Reporter          Asst. U.S. Attorney

U.S.A. vs.   Paul John Hansen
            X present     X  custody
                    **Christopher Klotz**                 X  Apptd.     Retained
                         Present
                    Attorneys for Defendant

**PROCEEDINGS:** Detention Hearing

 9:23 AM Frederick Evans (Sworn)
         Government's Exhibits 1-6, 7, 17, 8, 9, 10, 16, 13, 11, 12, 15,
         admitted w/o objection.
 9:50 AM Cross
10:03 AM Re-Direct
10:09 AM Government Rest
10:11 AM Paul John Hansen (Sworn)
10:20 AM Cross
10:25 AM Re-Direct
10:27 AM Defense Rest
10:30 AM Government Argues
10:35 AM Defense Argues
10:40 AM Ruling by court - Defendant ordered detained.  Order to be entered.
10:43 AM Court adjourned