IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   Case No.: 3:14cr91/MCR

KENT E. HOVIND

### STIPULATION NUMBER ONE

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, defendant Kent E. Hovind, and counsel for defendant Thomas S. Keith, and pursuant to Northern District of Florida Local Rules, Rule 26.3(G), enter into the following trial stipulation:

During the production of discovery in this case, the defendant has been provided with copies of emails sent and received by him and telephone calls made by him during his stay with the Federal Bureau of Prisons. The defendant stipulates that the emails and telephone calls provided in discovery are authentic; therefore, the government will not be required to present a Bureau of Prisons Custodian of Record witness to authenticate the emails and telephone calls. By entering into this stipulation, the defendant is merely stipulating to authenticity. The defendant retains his right to object to the introduction of the emails and telephone calls on relevancy grounds.

_____
THOMAS S. KEITH
Attorney for Defendant
3 West Garden Street
Pensacola, Florida 32502
(850) 432-1418

_____
TIFFANY H. EGGERS
Assistant U.S. Attorney
Florida Bar No. 0193968
21 East Garden Street, Ste. 400
Pensacola, FL 32502-5675
(850) 444-4000

2/10/15
Date

_____
KENT E. HOVIND
Defendant

2/6/15
Date