**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                         CASE NO.  3:14cr91/MCR

KENT E. HOVIND and
PAUL JOHN HANSEN

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   February 10, 2015
Motion/Pleadings:   GOVERNMENT'S UNOPPOSED MOTION FOR AN ORDER DIRECTING THE COURT REPORTER TO FILE AND PROVIDE TO THE PARTIES SEALED NON-REDACTED TRANSCRIPTS (IF TRANSCRIPTS ARE ORDERED)
Filed by   Government                    on   2/09/2015        Doc.#        76
RESPONSES:
                                             on                    Doc.#
                                             on                    Doc.#

_____ Stipulated       _____ Joint Pldg.
  X   Unopposed        _____ Consented

                                             JESSICA J. LYUBLANOVITS,
                                             CLERK OF COURT

                                             s/ *Susan Simms*
LC (1 OR 2)                               Deputy Clerk: Susan Simms

# ***ORDER***

    *Upon consideration of the foregoing, it is ORDERED this 11th day of February, 2015, that:*
    *The relief requested is GRANTED.*

                                             s/ *M. Casey Rodgers*
                                             *M. CASEY RODGERS*
                                      *Chief United States District Judge*