**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                           CASE NO.  3:14cr91/MCR

PAUL JOHN HANSEN

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on  February 27, 2015
Motion/Pleadings:  MOTION TO DISMISS: FOR LACK OF SUBJECT MATTER JURISDICTION FOR A DUE PROCESS VIOLATION
Filed by  Defendant  pro se           on  2/16/2015        Doc.#      114

RESPONSES:

                                          on              Doc.#
                                          on              Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ *Susan Simms*
Deputy Clerk: Susan Simms

LC (1 OR 2)

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 1st day of March, 2015, that:*
*The relief requested is DENIED.*

s/ *M. Casey Rodgers*
*M. CASEY RODGERS*
*Chief United States District Judge*