TO U.S. DIST. COURT, N. DIST., FL. PENSACOLA DI
U.S.A.
—                          /    3:14 CR-91
HOVIND /                    /
HANSEN              /         MOTION
      —AS HYBRID COUNSEL—
I HAVE WRITTEN THE U.S.
MARSHALS OFFICE AND
THEY REFUSE TO ANSWER,
AND THEY REFUSE TO
GIVE MY #90.00 BACK TO
ME OR TELL ME WHERE
IT IS, OR HOW TO GET
IT. DES MOINES, IA. DOES NOT
REPLY.
I ASK THE COURT TO
ORDER THEM TO GIVE
ME MY MONEY, OR PUT
IT ON MY JAIL ACCOUNT.

2-20-2015   Paul Hansen

      PAUL JOHN HANSEN

VERIFIABLE PROOF OF SERVICE
MAILED 2-20-2015.
                    Paul Hansen
                    PAUL JOHN HANSEN
CC - U.S. ATTORNEY
"  - JUDGE

Filed 0227'15 UsDcFln 3PM 0320

PAUL JOHN HANSEN
P.O. BOX 9129
MILTON, FL 32572

U.S. DIST. COURT
ONE NORTH PALAFOX
ROOM 246
PENSACOLA, FL 32502

neopost
02/26/2015
US POSTAGE $00.69

ZIP 32583
041L11250

325025666599

**This mail has been generated by an inmate at the Santa Rosa County Jail and has not been censored.**