TO U.S. DIST COURT, N. DIST., FL, PENSACOLA DIST.

U.S.A /
— / 3:14 CR 91
HOVIND/HANSEN / MOTION

TO QUASH THE GRAND JURY SUBPOENA, FOR FOLLOWING REASONS:

1. HANSEN IS <u>NOT</u> EVIDENCED AS A UNITED STATES <u>CITIZEN</u>.
2. HANSEN WAS ARRESTED ON <u>LAND</u> <u>NOT</u> EVIDENCED OF LAND OF THE JURISDICTION OF THE UNITED STATES PURSUANT TO ART. 1, SEC. 8 (17) U.S. CONST.
3. HANSEN HAS NOT CONSENTED TO THE JURISDICTION OF THIS UNITED STATES COURT.
4. UNITED STATES JURISDICTION IS LIMITED BY WRITTEN LAW.
5. HANSEN ASKED FOR THE WRITTEN LAW THAT EVIDENCES A LEGAL DUTY UPON HANSEN, THE U.S. COURT REFUSED TO EVIDENCE SUCH LAW, NOTICE HANSEN OF SUCH LAW.
6. NOTICE OF LAW IS PARAMOUNT, NO NOTICE — NO DUTY.

Filed 0227*15UsDcFln3PM0320

JUDICIAL NOTICE:
"SILENCE CAN ONLY BE EQUATED WITH FRAUD WHERE THERE IS A LEGAL OR MORAL DUTY TO SPEAK OR WHEN ON INQUIRY LEFT UNANSWERED WOULD BE INTENTIONALLY MISLEADING." U.S. V. TWEEL, 550 F. 2d 297(1977). IF THE U.S. WOULD HAVE ANSWERED HANSEN WOULD HAVE MEET THE DUTY, IF EVIDENCED.
--

"INDEED, NO MORE THAN AFFIDAVITS IS NECESSARY TO MAKE THE PRIMA FACIE CASE." U.S. V. KIS, 658 F. 2d, 526 7TH CIR. 1981.
THE U.S. COURT HAD FULL NOTICE OF MY WISH TO COMPLY WITH TRUE NOTICE OF A LEGAL DUTY.

HANSEN MOVES THE COURT TO QUASH THE SUBPOENA FOR CAUSE. I WISH FINDING OF FACTS AND CONCLUSIONS OF LAW ON THE ORDER OF THIS MOTION.

Paul Hansen
PAUL JOHN HANSEN

PAUL JOHN HANSEN
P.O. BOX 7129
MILTON, FL 32572

U.S. DIST COURT
ONE NORTH PAL
ROOM 226
PENSACOLA, FL 32502

neopost
02/26/2015
US POSTAGE $00.69
ZIP 32583
041L11250...

3250256665593

This mail has been generated by an Inmate at the Santa Rosa County Jail and has not been censored.