TO THE U.S. DIST. COURT, N. DIST, FL, PENSACOLA DIS
U.S.A /
— / 3:14 CR 91/MCR
HOVIND/HANSEN / NOTICE - AS
HYBRID COUNSEL

A. FILED FOR RECORD OF REQUEST UPON CHRIS KLOTZ, AS 6TH AMENDMENT COUNSEL. THIS RECORD IS TO EVIDENCE NEEDS TO DEFEND HANSEN.

1. CHALLENGE ACCURACY AND AUTHENTICITY OF ALL PHONE AND EMAIL RECORDS, AND RECORDINGS, DO NOT STIPULATE TO.

2. SUBPOENA GLEN STOLL, COURT CLERK, SCOTT SCHNIEDER, REAL-ESTATE LAWYER-EXPERT, AND EVERY WITNESS THE U.S.A. SUBPOENAS.

3. ALL WITNESSES ARE TO BE SUBPOENAED DUCES TECUM, TO EVIDENCE IF THE LAND IS OF THE U.S., PURSUANT TO ART 1, SEC. 8 (17) OF U.S. CONST., AS TO ANY CLAIM OF ANY ACT THEY CLAIM HANSEN DID WAS DONE ON SUCH TYPE (OWNED) LAND.

4. CHALLENGE IF ALL GRAND JURY JURORS, ACCOUNTED AS ELECTING FOR THE INDICTMENT, WERE IN FACT U.S. CITIZENS.

5. CHALLENGE SCOTT SCHNIEDER IF HE HAS EVIDENCE THAT HANSEN IS A 'RESIDENT' IN OR OF THE U.S. AS CLAIMED IN THE GRAND JURY RECORD.

6. CHALLENGE SCOTT SCHNIEDER TO PROVE ALL CLAIMS MADE BEFORE THE GRAND JURY IF EACH ACT OCCURED ON LAND IN, OR OF, THE U.S. AS PURSUANT TO ART 1, SEC 8 (17) OF THE U.S. CONSTITUTION.

7. CHALLENG PLAINTIFF AND JUDGES, MAGISTRATES, ADMINISTRATORS, OF THIS CASE, TO PROVE EACH RESIDES ON LAND OF THE U.S., AS SUCH LAND IS DISCRIBED IN ART 1, SEC 8 (17) OF THE U.S. CONST, PURSUANT TO

8. START SUBPOENA PROCESS UPON GLEN STOLL, AT FED. COST, ASAP.

9. NOTICE ALL THAT 'IF' TERRITORIAL OR PERSONAL JURISDICTION IS NOT CLEARLY PROVEN ON THE RECORD, WHEN CHALLENGED, A INDIPENDANT PEOPLES 'COURT OF RECORD', 7TH AMENDMENT (1791) BILL OF RIGHT, U.S. CONST. WILL BE USED TO INVESTIGATE ALL CLAIMS MADE IN THIS PROSECUTION, AND TO NOTICE THE COURT IT LACKS SUBJECT MATTER JURISDICTION

1-16-2015    'FR' 2 OF 7

FOR PLAINTIFFS FAILURE TO PROVE TERRITORIAL JURISDICTION, FAILED TO EVIDENCE THE CHARGED WRITTEN LAW HAS FORCE AND EFFECT OF LAW UPON THE LAND WHERE THE ACTS ARE CLAIMED TO OCCUR, THUS THE COURT 'LOST' SUBJECT MATTER JURISDICTION, "AS A MATTER OF LAW". THUS CAN NOT FORCE ME WITHOUT MY CONSENT TO APPEAR, PROCEED, WITH THE CASE. AND TO NOTICE THE COURT THAT I DO NOT CONSENT.

11. KLOTZ IS TO INSPECT ALL MY DOCUMENTS BEFORE FILING FOR CORRECTIONS AND TELL ME WHAT LAW IF ANY MUST BE CHANGED TO BE VALID CHALLENGES, MOTIONS, AND NOTICES.

12. KLOTZ IS TO FILE 'QUASH SUBPOENA' TO COMPLETE MY CHALLENGE TO THE SUBPOENA - 'FAIL TO APPEAR'. NOT TO STIPULATE TO A FAIL TO APPEAR FOR NO NOTICE OF DUTY WHEN ASKED.

13. KLOTZ TO MOTION FOR 'IN LIMINE' ALL STATE, FEDERAL, AND COUNTY TAX ISSUES FOR THEY HAVE NO RELEVENCE.

14. KLOTZ IS TO GIVE ALL JUDICIAL NOTICES ON THE RECORD OF ALL LAW AND CASE OPINIONS, RELIED UPON TO PLACE LIABILITY UPON COURT ADMINISTRATORS, (JUDGES).

1-16-2015   'FR'   3 OF 7

15. KLOTZ WAS/IS TO PRESENT MY 'AFFIRMATIVE DEFENSES.'
16. KLOTZ WAS/IS TO GIVE ME WHAT MY RIGHTS ARE AS TO 6TH AMENDMENT COUNSEL AS IT WAS LAW IN 1791, U.S. CONST. BILL OF RIGHTS. NONE RECEIVED AS OF 2-20-15
17. KLOTZ WAS TO GIVE ME WHAT HYBRID COUNSEL RIGHT ARE PURSUANT TO THE 6TH AMENDMENT. NONE RECEIVED AS OF 2-20-2015.
18. KLOTZ WAS/IS TO GET LAW ON IF A *MAILING IS NOT DONE ON U.S. LAND CAN MAIL FRAUD UNDER U.S. WRITTEN LAW HAVE FORCE AND EFFECT OF LAW. NONE RECEIVED AS OF 2-20-2015.
19. KLOTZ WAS/IS TO GIVE ME A COPY OF THE 'STAT AT LARGE' FOR EACH CHARGED WRITTEN LAW. AS OF 2-20-2015 NONE RECEIVED.
20. KLOTZ WAS/IS TO HAVE CHARGES DISMISED FOR DUPLICITY WITH COUNT #1 AND WITH SOME OF THE OTHER CHARGES. AS OF 2-20-2015 NONE/NO ACTION/AID.
21. KLOTZ WAS/IS TO CHALLENG WHY 'NATURE' OF THE ACCUSATIONS WAS DENIED, ME WHEN DEMANDED AT ARRAIGNMENT. MOTION TO DISMESS FOR DUE PROCESS VIOLATION. AS OF 2-20-2015 NO ACTION TAKEN.

1-16-2015    FR'    4 OF 7

22. KLOTZ IS TO INSURE JURY TRIAL THAT THERE IS NO REQUIREMENT FOR ANY JURY MEMBER TO YIELD TO ANY PERSUASION, SO THE JURY VOTE IS UNANIMOUS. THAT THE JURORS CAN IGNORE OF JURY INSTRUCTION AN SIMPLY VOTE 'NOT GUILTY' FOR ANY REASON THEY HAVE. A JURY INSTRUCTION OF 'YOU MUST HAVE A UNANIMOUS VERTICT' IS A DECEPTIVE INSTRUCTION, AND IS MANIPULATION PREJUDICIAL TO THE LIBERTY OF A JUROR.

23. KLOTZ WAS/IS TO CHALLENGE IF A PHONE CALL, EMAIL, MAILING OF LETTER MUST PASS OVER A FEDERAL (U.S. LAND) FOR THE U.S. COURT TO HAVE JURISDICTION TO REGULATE SUCH COMMUNICATIONS.

24. KLOTZ IS TO GET THE U.S. 'STAT AT LARGE' DEFINITIONS OF - STATE, UNITED STATES OF AMERICA, RESIDENT, RESIDENCE, COUNTY, 'INTERSTATE COMMERCE', CITY, U.S. DISTRICT, U.S. CITIZEN, FOR TO GIVE THE U.S. COURT JUDGE JUDICIAL NOTICE OF SUCH TERMS AT TRIAL, OR MOTIONS. AS OF 2-20-2015 NONE RECEIVED.

25. KLOTZ IS TO FIND OUT WHY HOVIND AND HANSEN HAD/HAVE A KEEP-AWAY IN JAIL, SO THEY COULD NOT PREPAIR A DEFENSE. NONE GIVEN AS OF 2-20-2015

1-16-2015  FR'      5 of 7

26. KLOTZ IS TO GIVE COURT JUDGE JUDICIAL NOTICE OF 'STATE OF FLORIDA' DEFINITIONS OF 'STATE' AND 'UNITED STATES', AS 322.01 (36)

27. KLOTZ IS NOT TO ALLOW THE COURT JUDGE OR PLAINTIFF TO CALL HANSEN (ME) A DEFENDANT, FOR IT IS A WRITTEN LAW DEFINED TERM. HANSEN HAS NOT BEEN EVIDENCED TO MEET SUCH TYPE.

28. KLOTZ WAS TO RESEARCH HOW U.S. WRITTEN LAW CAN BE APPLIED WITH FORCE, AS A MATTER OF LAW ON LAND THAT IS NOT OWNED BY THE U.S..

29. KLOTZ IS TO AID ME HOW I CAN ACT AS HIBRID COUNSEL WITH KLOTZ AND ALSO FOR HOVIND. DURING TRIAL.

Paul Hansen

PAUL JOHN HANSEN

1-16-2015   'FR'   6 OF 7

— VERIFIABLE PROOF OF SERVICE —

I MAILED:

A. 7 PAGE NOTICE 1-16-2015 'FR'.
B. 2 " MOTION QUASH 2-20-2015

2-20-2015     *Paul Hansen*
              ―――――――――――――
              PAUL JOHN HANSEN

CC - JUDGE
   - U.S. ATTORNEY




1-16-2015   'FR'   PAGE 7 OF 7

PAUL JOHN HANSEN
P.O. BOX 7129
MILTON, FL 32572

U.S. DIST. COURT
ONE NORTH PALAFOX
ROOM 246
PENSACOLA, FL 32502

3250256659

neopost
02/26/2015
US POSTAGE $00.69
ZIP 32583
041L11250

This mail has been generated by an inmate at the Santa Rosa County Jail and has not been censored.