TO U.S. DIST. COURT, N. DIST., FL, PENSACOLA DIV.

U.S.A.           /
                 /   3:14 CR 91 / MCR
HANSEN, A MAN    /

1. **MOTION FOR LEAVE OF COURT** FOR OPPORTUNITY TO EXHAUST MY RIGHT TO ADMINISTRATIVE REMEDIES, WITH 'JUDICIAL NOTICE', AS A MAN, WITH 6TH AMENDMENT 'COUNSEL', AS PROVIDED IN 1791, AS 'HYBRID COUNSEL.'

2. <u>NOTICE</u> - THIS DOCUMENT IS NOT TO BE USED TO CREATE ANY FORM OF JURISDICTION.

3. <u>JUDICIAL NOTICE</u> OF THE 6TH AMENDMENT (6TH ARTICLE) OF THE CONSTITUTION OF THE UNITED STATES.

4. <u>COMES NOW</u>, PAUL JUAN HANSEN, A MAN OF BIRTH RIGHT, AND MOVES THE COURT TO GIVE ME 'LEAVE OF COURT' FOR OPPORTUNITY, BY, OF, RIGHT, TO EXHAUST MY ADMINISTRATIVE REMEDY, PURSUANT TO THE APPLICABLE '<u>ADMINISTRATIVE PROCEDURAL ACT</u>.'

5.       - <u>STATEMENT OF FACTS</u> -

6. 1.) ALL ADMINISTRATIVE WRITTEN LAW IS PROMULGATED TO GOVERN: (1.) ACTS ON SPECIFIC <u>LAND</u>. (2.) SPECIFIC <u>PERSONS</u> (PEOPLE). (3.) SPECIFIC <u>ACTIVITY</u>.

7 2.) ALL UNITED STATES UNITED STATES WRITTEN LAW IS ADMINISTRATIVE.

8 3.) JUDGE KAHN TOLD ME, AT ARRIGHNMENT, WHEN QUESTIONED, THAT THE COURT WAS AN ART. III (3) COURT PURSUANT TO ART. III OF THE CONSTITUTION OF THE UNITED STATES.

9 4.) ARTICLE III U.S. COURTS ARE JUDICIAL.

10 5.) THIS COURT LACKS AUTHORITY TO MAKE ANY ADMINISTRATIVE DETERMINATION THAT I AM A 'PERSON' SUBJECT TO THE WRITTEN LAW ASSOCIATED WITH THE CHARGES.

11 6.) I HAVE PETITIONED MY APPOINTED 6TH AMENDMENT COUNSEL TO PROCESS A WAY TO GET A DECLARATORY ORDER, BY PETITIONING THE DIRECTOR OF THE ADMINISTRATIVE AGENCY, AS ASSOCIATED WITH THE CHARGED STATUTES, WHICH STATES I AM, OR AM NOT, A 'PERSON' IN THE STATUTES

12 I HAVE BEEN CHARGED WITH. COUNSEL HAS NOT PROVIDED, AND THE COURT DENIES ME AN OPPORTUNITY TO CHALLENGE PLAINTIFF TO PROVE THE SAME IN OPEN COURT, ON THE RECORD.

13    7.) SUCH IS FAILURE, OF A COURT OFFICER, APPOINTED COUNSEL, TO DEFEND, WHICH IS IN THE OATH TAKEN BY ALL OFFICERS OF THE COURT, DUE PROCESS VIOLATION.

14    8.) THE COURT, BY ORDER, HAS DENIED MY DUE PROCESS RIGHT, THEREFORE THIS COURT EITHER NOW LACKS SUBJECT MATTER JURISDICTION FOR THIS DUE PROCESS VIOLATION, OR WILL LACK THE SAME IF MY RIGHT, AS IN PARAGRAPH (6.) ABOVE, IS NOT MET BY AN ADMINISTRATIVE OFFICER.

15    9.) I, PAUL JOHN HANSEN, A MAN, NOT EVIDENCED AS A: CORPORATE PERSON, STATUTORY PERSON, STATE PERSON, UNITED STATES PERSON (CITIZEN), NOT ONE WHO CONSENTED TO THE JURISDICTION OF THIS COURT.

16.   WHEREFORE, I, PAUL JOHN HANSEN, MOVES THIS COURT TO PROVIDE 'LEAVE OF COURT' FOR A DECLARATION ORDER WHICH STATES, CLAIMS, 'IF' I AM, OR AM NOT, A PERSON IN THE STATUTES CHARGED IN THIS CASE, AS A MATTER OF LAW, TO CONFIRM THIS COURTS QUESTION OF SUBJECT MATTER JURISDICTION.

2-26-2015        _Paul Hansen_
                 PAUL JOHN HANSEN

L.O.C.                          3 OF

VERIFIABLE PROOF OF SERVICE

I, THE SIGNED, HEREBY VERIFY THAT A TRUE AND CORRECT COPY OF THE ATTACHED, L.O.C. 4 OF 4 MOTION WAS MAILED TO:
U.S. DIST. COURT
ONE NORTH PALAFOX ST.
ROOM 226
PENSACOLA, FL 32502,
THIS 26 DAY OF FEBRUARY 2015.
CC: U.S. ATTORNEY
    JUDGE ROGERS

*Paul Hansen*
PAUL JOHN HANSEN

L.O.C.      4 OF 4

PAUL JOHN HANSEN
P.O. BOX 7129
MILTON, FL 32572

**PRIVILEGED**

This mail has been generated by an inmate in the Santa Rosa County Jail and has not been censored.

U.S. DIST. COURT
ONE NORTH PALAFOX ST.
ROOM 226
PENSACOLA, FL 32502

neopost
02/27/2015
US POSTAGE $00.48⁰

FIRST-CLASS MAIL
ZIP 32583
041L11250333