AO 443 (Rev. 11/11) Warrant for the Arrest of a Witness or Material Witness in a Pending Criminal Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

FILED February 26, 2015
(Date)

NORTHERN DISTRICT FLORIDA
US MAGISTRATE _____ /AMI/

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:14cr91/MCR |
| STEVEN WYATT ANDERS | ) | |
| *Defendant* | ) | |

## WARRANT FOR THE ARREST OF A WITNESS OR MATERIAL WITNESS IN A PENDING CRIMINAL CASE

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before this court *(name of person to be arrested)* STEVEN WYATT ANDERS, a person

☐ who has been served with a subpoena to appear in this case and has failed to do so.
☑ who is a material witness for which proceedings are necessary pursuant to 18 U.S.C. § 3144.

**YOU ARE FURTHER COMMANDED** to detain this witness until this court orders discharge from custody.

Date: 2/26/2015

*Issuing officer's signature*

City and state:  Pensacola, Florida

Charles J. Kahn, Jr., U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/26/15, and the person was arrested on *(date)* 3/2/15
at *(city and state)* Pensacola, FL.

Date: 3-2-15

R.W.C.
*Arresting officer's signature*

DUSM R.W. OBROCHTA
*Printed name and title*

Filed 030215 USDC FLN 3AM 1102