# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

      vs                                 Case No. 3:14cr91/MCR

KENT HOVIND and
PAUL HANSEN

_____

## O R D E R

Your document, **Amicus Curiae Entry of Newly Discovered Exculpatory Evidence by Sworn Affidavit of Brady Byrum (received on March 2, 2015)**, was referred to the undersigned with the following deficiencies:

>    The individual who signed the document is not an attorney admitted to practice in the NORTHERN DISTRICT OF FLORIDA [See N.D. Fla. Loc. R. 11.1(C)].

>    The filing party is not a party to this case and is not an attorney of record in the above case.

>    The document does not conform to N.D. Fla. Loc. R. 26.2(A) regarding the submission of discovery.

For these reasons, IT IS ORDERED that:

>    The submitted hard copy of the document shall be returned by the Clerk without electronic filing.

**DONE and ORDERED** this 3rd day of March, 2015.

s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**