UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:14cr91/MCR

PAUL JOHN HANSEN

_____/

# O R D E R

An *ex parte* hearing was conducted on February 20, 2015, to address the Motion for Leave for Mr. Hansen to File and Plead Motions (doc. 82), as well as the status of Defendant's legal representation. At the hearing, the Court granted Defendant Hansen the opportunity to file certain "challenges" pertaining to personal and territorial jurisdiction *without the assistance of counsel*. The Court accepted Defendant's *pro se* motions for filing, indicating he would be permitted to proceed in this fashion only on this one occasion and for this sole purpose. (*See* doc. 104). It was not the Court's intent that Defendant be permitted to continue filing documents on his own behalf.

Defendant's *pro se* filings were considered by the Court and denied by Order dated February 25, 2015. (*See* doc. 105). Since that time, Defendant has submitted a *pro se* Motion to Dismiss, which the Court accepted for filing and denied. (*See* doc. 115). Defendant continues to submit documents for filing *pro se*. The following documents were recently submitted for filing by Defendant:

"Motion as Hybrid Counsel" for return of money dated February 20, 2015, and postmarked February 26, 2015 (doc. 118);

"Motion to Quash the Grand Jury Subpoena" dated February 20, 2015, and postmarked February 26, 2015 (doc. 119);

"Notice - As Hybrid Counsel" detailing requests to defense counsel dated February 16, 2015, and postmarked February 26, 2015 (doc. 120); and

"Motion for Leave of Court for Opportunity to Exhaust my Right to Administrative Remedies" dated February 26, 2015, and postmarked February 27, 2015 (doc. 121).

No further documents will be accepted for filing by Defendant on his own behalf. As he has been repeatedly instructed, only those documents submitted by his legal counsel will be accepted. Accordingly, with regard to the documents submitted by Defendant as identified herein, Defendant's motions are REJECTED and will not be considered by the Court.

**SO ORDERED** this 4th day of March, 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**