FLN (Rev. 4/2004) Deficiency Order                                                                                          Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                                          Case No. 3:14cr91/MCR

PAUL JOHN HANSEN

_____

## O R D E R

Your document, **Notice, File for Record with attached Request and Declaration (received on March 4, 2015)**, was referred to the undersigned with the following deficiencies:

> Any party represented in a suit by counsel of record shall not thereafter take any step to be heard in the case in proper person, absent prior leave of court; nor shall any party having previously elected to proceed in proper person be permitted to obtain special or intermittent appearances of counsel. N.D. Fla. Loc. R. 11.1(D).

For these reasons, IT IS ORDERED that:

> The submitted hard copy of the document shall be returned by the Clerk without electronic filing.

**DONE and ORDERED** this 4th day of March, 2015.

                                                              *s/ M. Casey Rodgers*
                                                        **M. CASEY RODGERS**
                                                        **CHIEF UNITED STATES DISTRICT JUDGE**