IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA PENSACOLA
DIVISION


UNITED STATES OF AMERICA,
     Plaintiff,

v.                                Case Number: 3:14cr91/MCR

PAUL JOHN HANSEN,
     Defendant.
_____/


## Motion Requesting Pretrial Release


COMES NOW the Defendant, Paul John Hansen, by and through his undersigned Counsel pursuant to the Federal Rules of Criminal Procedure and all other applicable authority and moves this Honorable Court to enter an Order granting the movant pretrial release. In support thereof the movant would show the following:

### Statement of Facts

1.  Defendant stood for trial before the Honorable M. Casey Rodgers beginning on 3/3/15 and ending on 3/12/15.

2.  On 3/12/15 the jury found the Defendant not guilty on one count of Mail Fraud (Count 2), guilty on two counts of Contempt (Counts 5 and 6), and was unable to reach a verdict as to Counts 1 and 4, alleging Attempt and Conspiracy to Commit Mail Fraud and Mail Fraud, respectively.

3.  Defendant requests review and a hearing on the issue of Defendant's custody status.

Mr. Hansen's being out of confinement would greatly assist Counsel prepare his case.

4. The Defendant is willing to be subject to electronic monitoring and has an available house where he will be able to live in Pensacola, Florida for the pendency of this case. He further states that any/all conditions of release are humbly accepted by him at his expense.

WHEREFORE, the Defendant, John Paul Hansen, and his Counsel move this Honorable Court to enter its Order granting pretrial release.

Submitted this 16th day of March, 2015.

J. Christopher Klotz
Stevenson Klotz, LLP
Florida Bar No. 47060
127 Palafox Place, Suite 100
Pensacola, FL  32502
(850) 444-0000
(866) 251-7888 – Facsimile
chris@stevensonklotz.com
paige@stevensonklotz.com
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been furnished to

Tiffany Eggers, Assistant U.S. Attorney, 21 East Garden Street, Suite 400, Pensacola, Florida,

via submission to ECF, on this 16th day of March, 2015.


J. Christopher Klotz
Stevenson Klotz, LLP
Florida Bar No. 47060
127 Palafox Place, Suite 100
Pensacola, FL  32502
(850) 444-0000
(866) 251-7888 – Facsimile
chris@stevensonklotz.com
paige@stevensonklotz.com
Attorney for Defendant