# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                    CASE NO. 3:14cr91-001/MCR

**KENT E. HOVIND**

_____/

## O R D E R

A jury trial was held in this case from March 2 - 12, 2015. At the conclusion of the trial, the jury found Defendant Kent Hovind Guilty of the charge of Contempt of the Court's 2007 Order Forfeiting Substitute Property in Count Three of the Indictment; however, this charge is the subject of a pending Motion For Judgment of Acquittal, which will be addressed by separate order. The jury was unable to reach a unanimous agreement on the charges in Counts One, Two and Four of the Indictment against Defendant HOVIND, and, accordingly, a Mistrial is hereby Declared as to those counts.

**DONE and ORDERED** at Pensacola, Florida, this 16th day of March, 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**