IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                    Case No.:   3:14-cr-91/MCR

PAUL JOHN HANSEN,

        Defendant.
_____/

## MOTION FOR ORDER TO TRANSCRIBE PROCEEDINGS

Comes now the undersigned attorney, on behalf of the Defendant in the above-styled action and moves this Court for an order directing the transcription of the testimony of trial witnesses and in support thereof shows:

1.      The Defendant has been found indigent by this Court for purposes of this proceeding;

2.      On March 20, 2015, this Court declared a mistrial as to Counts One and Four of the superseding indictment.

3.      Also on March 20, 2015, the Government filed its Notice of Intent to Proceed to Trial with regard to said counts.

5.      The Defendant's second trial is scheduled to proceed Monday, May 18, 2015 at 8:00 A.M..

4.      Transcripts of the following trial witnesses from Defendant's first trial are necessary for Defendant's counsel to adequately prepare for Defendant's second trial:

        a)      Anthony Zygmunt Jaworski;

        b)      Charles Evans;

        c)      Marc Birnbaum;

    d)    Scott Schneider;

    e)    Van Tull;

    f)    Evelyn Keller;

    g)    James Richard Kelley;

    h)    Derrick Tarr;

    i)    Timothy Paul Dublin;

    j)    Eric Hovind;

    k)    Kent E. Hovind; and

    l)    Hansen.

WHEREFORE, the undersigned attorney requests that this court grant the relief herein requested.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically using the Court's CM/ECF system and therefore Tiffany H. Eggers is scheduled to receive a copy of this motion on April 21, 2015.

_____
J. Christopher Klotz
Stevenson Klotz, LLP
Florida Bar No. 47060
127 Palafox Place, Suite 100
Pensacola, FL  32502
(850) 444-0000
(866) 251-7888 – Facsimile
chris@stevensonklotz.com
servicejck@stevensonklotz.com
Attorney for Defendant