**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                               CASE NO.  3:14cr91/MCR

PAUL JOHN HANSEN

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   April 22, 2015

Motion/Pleadings:   MOTION FOR ORDER TO TRANSCRIBE PROCEEDINGS

Filed by   Defendant          on   4/21/2015          Doc.#          161

RESPONSES:

                                    on                    Doc.#

                                    on                    Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

*s/ Susan Simms*
Deputy Clerk: Susan Simms

LC (1 OR 2)

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 23rd day of April, 2015, that:*

*The relief requested is GRANTED.*

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
*Chief United States District Judge*