UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


UNITED STATES OF AMERICA

v.                                                    Case No. 3:14cr91/MCR

PAUL JOHN HANSEN
_____/

## ORDER

On April 28, 2015, the undersigned conducted a hearing on defendant Hansen's "Motion to Modify Appointed Counsel's Role to Standby Counsel." (Doc. 162). Hansen has unequivocally asserted his right to self-representation. After conducting the necessary inquiry, the undersigned found Hansen competent to represent himself.[1] Hansen was previously tried on identical criminal charges and indicated he understands the nature of the government's case against him, the elements of the charges, and the possible penalties associated with those charges. Hansen has familiarity with the different stages of a criminal trial and expressed a basic understanding of the court's procedural and evidentiary rules. Hansen acknowledged the advantages and disadvantages of self-representation. Defense counsel and Hansen are in accord that Hansen will represent himself in his criminal trial and pretrial proceedings, and counsel will act in a standby capacity, providing assistance to Hansen when necessary. No form of hybrid representation, which has been thoroughly explained to Hansen, will be permitted.

---

[1] The undersigned previously found Hansen competent to represent himself. (Doc. 38).

Accordingly, it is ORDERED.

1.     Defendant Hansen shall be allowed to represent himself in this matter. Attorney Christopher Klotz shall act as standby counsel.  Mr. Klotz will facilitate the filing of pleadings and motions, but will not be required to sign papers which, in his professional judgment, are improper or inappropriate.

2.     Defendant Hansen shall be permitted to file pleadings with the court.

DONE AND ORDERED this 28th day of April, 2015.


/s/ *Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:14cr91/MCR