TO THE U.S. DIST. COURT, N. DIST. FL, PENSACOLA DIV.

1. U.S.A.
2. –                                          3:14 CR 91
3. PAUL JOHN HANSEN,
4. A MAN,

5. <u>MOTION TO DISMISS</u> FOR LACK OF SUBJECT MATTER JURISDICTION FOR A DUE PROCESS VIOLATION.

6. SEE "DECLARATION OF DENIAL OF DUE PROCESS" PAGES 3 AND 4 ATTACHED.

7. THE COURT MUST DISMISS IF NO EVIDENCE IS PRESENTED FOR THE RECORD THAT HANSEN IS A 'PERSON' NAMED IN THE STATUTES RELIED ON BY UNITED STATES OF AMERICA.

8. HANSEN UNDERSTANDS THAT IF THE COURT IS FOUND LACKING SUBJECT MATTER JURISDICTION IT LACKS ALL AUTHORITY OVER HANSEN.

9. THE COURT ADMINISTRATOR MAY ALLOW ADDITIONAL TIME FOR U.S.A. TO GET AN AGENCY DETERMINATION IF NEED BE.

D.D.P.                           1 OF 4

WHEREFORE, HANSEN MOTIONS THE COURT TO DISMISS THE CASE DUE TO THE LACK OF EVIDENCE HANSEN IS A PERSON SUBJECT TO THE RELIED UPON WRITTEN LAWS, AS A MATTER OF LAW, FOR THE LACK OF SUBJECT MATTER JURISDICTION THUS CREATING A DUE PROCESS VIOLATION. THE COURT IS WITHOUT LAW.   *Paul Hansen*
PAUL JOHN HANSEN  3/24/2015

VERIFIABLE PROOF OF SERVICE
I CAN VERIFY A COPY OF THIS MOTION TO DISMISS HAS BEEN MAILED TO THE CLERK OF U.S. DIST. COURT @ ONE NORTH PALAFOX ST, ROOM 226, PENSACOLA, FL 32502 ON THIS 24 DAY OF MARCH 2015.   4 PAGES
*Paul Hansen*

CC: - JUDGE ROGERS
    - ASST. U.S. ATTY.
    - CHRIS KLOTZ - HANSEN'S COUNSEL
              D.D.P.                2 OF 4