TO THE U.S. DIST. COURT, N. DIST., FL, PENSACOLA DIV.

1. U.S.A                          /
2.                                /        3:14 cR 91
3. PAUL JOHN HANSEN,              /
4. A MAN.                         /

5. DECLARATION OF DENIAL OF DUE PROCESS

6. NOTICE - THIS DOCUMENT CAN NOT BE USED TO CREATE ANY FORM OF PERSONAL JURISDICTION BY THIS COURT.

7. FILED BY RIGHT, WITH 6TH AMENDMENT COUNSEL.

STATEMENT OF FACTS

7. THE MAN PAUL JOHN HANSEN, A MAN, WITH BIRTH RIGHT ON AMERICAN SOIL.

10. HANSEN NOT EVIDENCED AS:
A. UNITED STATES CITIZEN;
B. UNITED STATES "PERSON";
C. ACTING ON LAND OF THE UNITED STATES;
D. A "PERSON" IN U.S. CODE TITLE 18 § 901.
E. REPRESENTED BY ATTORNEY;
F. A CORPORATE PERSON;
G. A STATUTORY PERSON;
H. CONTRACTING WITH THE UNITED STATES;
I. ACCEPTING BENEFIT OF THE UNITED STATES;

11. ALSO - 18 § 1341, 18 § 1343, U.S. CODES.

D.D.P.                    3 OF 4

1. HANSEN EVIDENCED AS:
2. A. ONLY WISHING TO HAVE 6TH AMENDMENT COUNSEL AS WAS IN 1791;
3. B. NOT WAIVING ANY RIGHT;
4. C. WISHING TO HAVE HIS RIGHT TO PETITION THE AGENCY ASSOCIATED WITH U.S. CODE TITLE 18 § 401, FOR A DECLARATORY ORDER STATING HANSEN IS A PERSON NAMED IN THE SAID CODE, THAT A COPY OF SUCH WISH IS IN THE COURT RECORD, AS NOTED.
5. D. THAT HANSEN HAS NOT RECEIVED ANY RESPONSE FROM THE ATTORNEY GENERAL, OR THE STATE'S ATTORNEY, BOTH OF STATE OF FLORIDA, AS TO THE SAID DECLARATORY ORDER.
6. E. THAT IT HAS BEEN CLOSE TO TWENTY DAYS OF NO RESPONSE.
7. F. DUE TO NO RESPONSE ADVERSE INFERENCE IS APPLIED TO HANSEN.
8. G. NOT BEING A PERSON IN TITLE 18 § 401 U.S. CODE.
9. HAVING THE DUE PROCESS RIGHT TO A DECLARATORY ORDER, WITHOUT THE U.S. COURT LOSES SUBJECT MATTER JURISDICTION, FAILED TO DECLARE THE LAW APPLIES TO HANSEN. 3/24/15 Paul Hansen D.D.P.

4 OF 4