**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                      CASE NO.  3:14cr91/MCR

PAUL JOHN HANSEN

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   May 5, 2015
Motion/Pleadings:   MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION FOR A DUE PROCESS VIOLATION and DECLARATION OF DENIAL OF DUE PROCESS
Filed by   Defendant pro se        on  5/04/2015       Doc.#       170 & 171

RESPONSES:

                                                      on                      Doc.#
                                                      on                      Doc.#

_____ Stipulated        _____ Joint Pldg.
_____ Unopposed      _____ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

LC (1 OR 2)

*s/ Susan Simms*
Deputy Clerk: Susan Simms

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 5th day of May, 2015, that:*

*The relief requested is DENIED.*

                                     *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                    *Chief United States District Judge*