IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                   Case No. 3:14cr91/MCR

KENT E. HOVIND,

       Defendant.

_____/

**DEFENDANT HOVIND'S MOTION IN LIMINE
REGARDING GOVERNMENT'S EXHIBIT 22a FROM FIRST TRIAL**

COMES NOW the defendant, KENT E. HOVIND, by and through his undersigned attorney, and moves *in limine* as follows:

1. In the first trial the government introduced into evidence (without objection) a copy of a letter from Assistant U.S. Attorney Benjamin Beard to co-defendant Paul Hansen (exh. 22a - copy appended).

2. If this letter is introduced in the new trial, Hovind moves that the second full paragraph be deleted. It indicates that Hansen had made threats to take "punitive action" against the U.S. Attorney's Office and the Court "in the form of the filing of liens." Such an accusation is clearly prejudicial to Hansen, and by way of spillover, to Hovind. No liens were filed against the U.S. Attorney's Office or the Court. Hovind has no way of knowing the validity of the accusation made by Beard. Hovind does not see the relevancy of the second paragraph, but

clearly sees the possible prejudicial impact.  Under Fed.R.Evid. 403, the second paragraph should

be deleted.

3.  Counsel has been unable to confer with Assistant U.S. Attorney Tiffany Eggers

regarding this motion (she is in trial).

RESPECTFULLY SUBMITTED this 5th day of May 2015.


/s/ Thomas S. Keith
THOMAS S. KEITH
Florida Bar No. 0243078
Attorney for Defendant
3 W. Garden Street, Suite 200
Pensacola, FL  32502
Thomas_Keith@fd.org
(850) 432-1418


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to TIFFANY

EGGERS, Assistant United States Attorney, 21 E. Garden Street, Suite 400, Pensacola, FL

32502, by Notice of Electronic Filing, and PAUL HANSEN, Santa Rosa County Jail, P.O. Box

7129, Milton, FL 32572 by U.S. Mail, this 5th day of May 2015.


/s/ Thomas S. Keith
THOMAS S. KEITH
Florida Bar No. 0243078
Attorney for Defendant
3 W. Garden Street, Suite 200
Pensacola, FL  32502
Thomas_Keith@fd.org
(850) 432-1418


2