

GOVERNMENT EXHIBIT 220

U. S. Department of Justice

*Pamela C. Marsh*
*United States Attorney*
*Northern District of Florida*

---

*111 North Adams Street*
*4th Floor, U. S. Courthouse*
*Tallahassee, FL 32301-1841*
*Telephone (850)942-8430*
*Fax (850)942-8424*

*21 East Garden Street*
*Suite 400*
*Pensacola, FL 32502-5675*
*Telephone (850)444-4000*
*Fax (850)434-9050*

*300 East University Avenue*
*Suite 310*
*Gainesville, FL 32601-3330*
*Telephone (352)378-0996*
*Fax (352)338-7981*

*1001 E. Business Hwy. 98*
*2nd Floor*
*Panama City, FL 32401*
*Telephone (850)785-3495*
*Fax (850)763-3415*

Please Reply to: Pensacola

June 29, 2012

Mr. Paul John Hansen
1548 N. 19,
Omaha, Nebraska 68110

Via Certified Mail - Return Receipt Requested

Re:   United States v. Creation Science Evangelism, Creation Science Evangelism Foundation, 21 Cummings Road Trust, 400 Block Cummings Subdivision Trust, 5720 N. Palafox Trust, 5800 N. Palafox Trust, 20 Cummings Road Trust
      Civil No. 3:12cv00136/MCR/EMT

Dear Sir:

By way of this letter, I wish to apprise you of the fact that the United States District Court for the Northern District of Florida, sitting in Pensacola, Florida entered an order dated June 27, 2012, wherein it found that the liens you filed in the public records of Escambia County, Florida on behalf of the above named entities are null and void. Enclosed please find a certified copy of the order. The government has filed said order in the public records of Escambia County, Florida. In reading the order, you will note that the Court has also entered a permanent injunction enjoining you or any of the entities set out above, their agents, representatives, or servants from filing new liens. A violation of this injunction will lead to civil contempt proceedings.

Because you have indicated in several documents that you intend to take punitive action against members of the United States Attorney's Office as well as the Court in the form of the filing of liens, I also wish to inform you that such conduct may be construed to be in violation of federal criminal law. If the purpose of your documents was to threaten members of this office or the United States District Court, especially the sitting judge, in some fashion, you may be subject to criminal prosecution as such is considered criminal misconduct. I also must point out that should you actually file some form of lien against anyone, as threatened, in the public records of any state, you also may be subject to prosecution for a violation of a different criminal statute. Thus, in the event you continue in your threatened misconduct, it may result in criminal sanctions against you. I therefore strongly advise you to seek the services of a qualified attorney before you take any such action.

Please govern yourself accordingly.

Sincerely,

PAMELA C. MARSH
United States Attorney

BENJAMIN W. BEARD
Assistant United States Attorney

cc:   Nancy Hess, Criminal Chief, Pensacola