IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              Case No. 3:14cr91/MCR

KENT E. HOVIND,

    Defendant.
_____/

**DEFENDANT HOVIND'S MOTION IN LIMINE REGARDING
GOVERNMENT'S EXHIBITS 47t AND 47u
ADMITTED DURING THE FIRST TRIAL**

    COMES NOW the defendant, KENT E. HOVIND, by and through his undersigned attorney, and moves *in limine* as follows:

    1. During the first trial the government introduced into evidence (without objection) exhibits 47t and 47u (copy appended).  They are emails obtained from the Bureau of Prisons email system (TRULINCS) and include a statement by attorney Mike Rollo giving his opinion to Eric Hovind regarding the meaning of the court's order removing the *lis pendens* filed by the defendant.  Among other things, Rollo states that the court's order meant that the *lis pendens* were ruled to be "a sham".  It appears that the defendant would have seen Rollo's statement, but it does not appear that he commented on it.

    2. The defendant is moving to exclude these exhibits at the new trial.  Rollo's statement is obviously prejudicial and would constitute hearsay if admitted for the truth of the matter asserted.

It was made <u>after</u> the defendant filed the *lis pendens* so it has no relevance to the defendant's intent or state of mind in filing the *lis pendens*.  The email chats cannot be construed as an admission of some sort by the defendant.  The only purpose the government could have in trying ot admit it is for the jury to read what Rollo (an attorney) said about the *lis pendens* and be influenced by it in reaching its verdict.  Rollo's after-the-fact opinion is not relevant to any issues in the case and would be very prejudicial to the defendant.  The noted exhibits should be excluded under Fed.R.Evid. 403.

      3.  Counsel has been unable to confer with Assistant U.S. Attorney Tiffany Eggers regarding this motion (she is in trial).

      RESPECTFULLY SUBMITTED this 5th day of May 2015.

      */s/ Thomas S. Keith*
THOMAS S. KEITH
Florida Bar No. 0243078
Attorney for Defendant
3 W. Garden Street, Suite 200
Pensacola, FL  32502
Thomas_Keith@fd.org
(850) 432-1418

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to TIFFANY EGGERS, Assistant United States Attorney, 21 E. Garden Street, Suite 400, Pensacola, FL 32502, by Notice of Electronic Filing, and PAUL HANSEN, Santa Rosa County Jail, P.O. Box 7129, Milton, FL 32572 by U.S. Mail, this 5th day of May 2015.

*/s/ Thomas S. Keith*
THOMAS S. KEITH
Florida Bar No. 0243078
Attorney for Defendant
3 W. Garden Street, Suite 200
Pensacola, FL  32502
Thomas_Keith@fd.org
(850) 432-1418