**GOVERNMENT EXHIBIT 474**

Facility: BER

Date: 01/02/2014
Time: 12:47 PM

Federal Bureau of Prisons
TRULINCS
Message
Sensitive But Unclassified

## Message

FROM: 06452017 HOVIND, KENT E
TO: "Eric Hovind" <eric@drdino.com>
SUBJECT: RE: RE: Yeah!
DATE: 10/17/2013 03:19 PM

She just issued another ruling and I got it last night. You should be able to download it and send it to Mike. :) Dad
-----Hovind, Eric on 10/17/2013 12:51 PM wrote:

>

Can you give me more info about this? I asked Mike Rollo what you might be talking about. Here was his response.

Eric,

The copy of the Order I sent you on or around October 02, meant that the lis pendens were ruled to be null and void, from the beginning (when they were drafted and filed). No good, no legal significance, dead in the water, bad idea, nothing, nada, zilch, a sham, etc., etc., and now officially removed by order of the Court.

The Government has clear and unfettered title to all of the properties, and nothing can stop the G'ment from conveying them to bona fide purchasers. Like you, your mom, bro, etc.

Let me know if you have any other questions, Eric.

Best regards,

MRR

Michael R. Rollo

KENT E HOVIND on 10/16/2013 9:25:06 PM wrote
Legal news-short version tonite-

I got a notice tonight that Judge Rodgers DENIED the government's motion for the lis pendens to be lifted!
It's about time she ruled FOR me! First time in 7 years! Not the last though! It's NOT over!
                                                      Maybe she is having a change of heart and
realizes she did wrong? Maybe she just can't rule against the facts? Don't know and doesn't matter right now. The lis pendens are still in force. Don't panic Hovinds (and Dublins).. God is NOT done here yet! We also filed our response in the Bivins suit.
Lookin good! Gotta go- more tomorrow! Love, Dad (AKA Shammah)