IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case No.: 3:14cr91/MCR

PAUL JOHN HANSEN

### STIPULATION NUMBER FOUR

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, defendant Paul John Hansen, and counsel for defendant J. Christopher Klotz, and pursuant to Northern District of Florida Local Rules, Rule 26.3(G), enter into the following trial stipulation:

The defendant stipulates that he signed the below identified Government Exhibits in the presence of a notary.

| | |
|---|---|
| 17c | "Lien/Notice of Lien/As A Liability Attached to Described Property" re 12 Oleander Road |
| 17d | "Lien/Notice of Lien/As A Liability Attached to Described Property" re 21 Cummings Road |
| 17e | "Lien/Notice of Lien/As A Liability Attached to Described Property" re 120 Oleander Road |
| 17f | "Lien/Notice of Lien/As A Liability Attached to Described Property" re 116 Cummings Road |
| 17g | "Lien/Notice of Lien/As A Liability Attached to Described Property" re 100 Cummings Road |
| 15c | "Lien/Notice of Lien/As A Liability Attached to Described Property" re 5800 North Palafox |
| 15d | "Lien/Notice of Lien/As A Liability Attached to Described Property" re 5720 North Palafox |
| 16c | "Lien/Notice of Lien/As A Liability Attached to Described Property" re 29 Cummings Road |
| 16d | "Lien/Notice of Lien/As A Liability Attached to Described Property" re 400 Block Cummings |
| 53 | Copy of letter mailed 08/31/11 from Paul John Hansen to "Occupant (Bob)" |
| 54 | Original notice postmarked 12/27/11 from Paul John Hansen to Jaworski |

Therefore, the Government will not be required to call said notaries as witnesses during the trial in order to authenticate the defendant's signature.

_____
J. CHRISTOPHER KLOTZ
Attorney for Defendant
Stevenson Klotz, LLP
127 Palafox Place, Suite 100
Pensacola, Florida 32502
(850) 444-0000

_____
PAUL JOHN HANSEN
Defendant

_4-30-15_____
Date

_____
TIFFANY H. EGGERS
Assistant U.S. Attorney
Florida Bar No. 0193968
21 East Garden Street, Ste. 400
Pensacola, FL 32502-5675
(850) 444-4000

_5/7/15_____
Date

2