IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          Case No. 3:14cr91/MCR

KENT E. HOVIND,

    Defendant.
_____/

## DEFENDANT HOVIND'S MOTION IN LIMINE
## REGARDING TAX LIENS ON PROPERTIES

COMES NOW the defendant, KENT E. HOVIND, by and through his undersigned attorney, and moves *in limine* as follows:

1. During the first trial the government was allowed to introduce evidence that there were tax liens of approximately 4.5 million dollars on the properties that were the subject of the *lis pendens* filed by the defendant (Exhs. 64a - 64c - copy appended). This evidence revealed to the jury that the defendant, according to the IRS, had failed to pay over 4.5 million dollars in taxes. These liens were placed on the properties before the defendant filed the *lis pendens* and removed after he filed the *lis pendens* (after the properties were sold in 2014).

2. The defendant contends that the fact that there were very large tax liens on these properties at the time the *lis pendens* were filed has little, if any, relevance to the main issue in the case, i.e., the defendant's intent in filing the *lis pendens*. He obviously had the *lis pendens*

filed despite the tax liens so the existence of the liens apparently played no role in his decision to file the *lis pendens*.  To the extent that the tax liens have any relevance to the issues in the case, that relevance is substantially outweighed by the danger of unfair prejudice.  Therefore, under Fed.R.Evid. 403, evidence regarding the tax liens should be excluded.  The danger of unfair prejudice is so great that a cautionary instruction would not alleviate that danger.

       3.  Undersigned counsel has conferred with Assistant U.S. Attorney Tiffany Eggers and she opposes this motion.

       RESPECTFULLY SUBMITTED this 8th day of May 2015.

       */s/ Thomas S. Keith*
       THOMAS S. KEITH
       Florida Bar No. 0243078
       Attorney for Defendant
       3 W. Garden Street, Suite 200
       Pensacola, FL  32502
       Thomas_Keith@fd.org
       (850) 432-1418

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to TIFFANY EGGERS, Assistant United States Attorney, 21 E. Garden Street, Suite 400, Pensacola, FL 32502, by Notice of Electronic Filing, and PAUL HANSEN, Santa Rosa County Jail, P.O. Box 7129, Milton, FL 32572 by U.S. Mail, this 8th day of May 2015.

                                              */s/ Thomas S. Keith*
                                              THOMAS S. KEITH
                                              Florida Bar No. 0243078
                                              Attorney for Defendant
                                              3 W. Garden Street, Suite 200
                                              Pensacola, FL  32502
                                              Thomas_Keith@fd.org
                                              (850) 432-1418