**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                         CASE NO.    3:14cr91/MCR

**KENT E. HOVIND**

**GOVERNMENT'S RESPONSE TO DEFENDANT
HOVIND'S MOTION IN LIMINE REGARDING GOVERNMENT'S EXHIBITS
47t AND 47u ADMITTED DURING THE FIRST TRIAL (Doc. 175)**

COMES NOW the United States of America and files this response to defendant Hovind's Motion in Limine Regarding Government's Exhibits 47t and 47u Admitted During the First Trial.  (Doc. 175).

1.     On or about February 17, 2015, pursuant to the Court's February 11, 2015, Order directing the government to identify the exhibits the government anticipated utilizing at trial (Doc. 79), the government provided the defendant with a list of the exhibits the government intended to introduce at the March 2nd jury trial.

2.     On or about March 2, 2015, a jury was selected in the above entitled and numbered case on the six-count Superseding Indictment.  (Docs. 28 & 142).

3.     On or about March 12, 2015, the jury returned guilty verdicts on Count Three against defendant Kent E. Hovind, and Counts Five and Six against defendant Paul

John Hansen.[1]  (Docs. 142 & 145).  The jury returned a not guilty verdict as to Hansen on Count Two.  (Docs. 142 & 145).  The jury was unable to reach a verdict as to Hovind on Counts One, Two, and Four, and as to Hansen on Counts One and Four.  (Docs. 142 & 145).

   4. On or about March 20, 2015, the government filed a Notice of Intent to Proceed to Trial.  (Doc. 153).  Thereafter, jury trial was scheduled for May 18, 2015.  (Doc. 158).

   5. On or about May 5, 2015, defendant Hovind filed a Motion in Limine Regarding Government's Exhibits 47t and 47u Admitted During the First Trial.  (Doc. 175).  As the undersigned was in a jury trial at the time defense counsel filed the motion in limine, counsel did not consult the undersigned prior to filing the motion.  (Doc. 175).

   6. The defendant's motion in limine seeks to exclude Government's Exhibits 47t and 47u from the re-trial citing attorney Michael Rollo's opinion of the defendant Hovind's *lis pendens* in light of the Court's Order.  (Doc. 175).  Specifically, Mr. Rollo's statement that the *lis pendens* were "No good, no legal significance, dead in the water, bad idea, nothing, nada, zilch, a sham, etc., etc., and now officially removed by order of the Court."  (Government Exhibits 47t and 47u).

   7. At the outset, the government notes these two emails (Government Exhibits 47t and 47u) were included in the government's February 17th list of exhibits the government anticipated introducing at trial, and neither party objected to the aforementioned language.  Further, neither party objected to the emails introduction

---

[1] Sentencing is scheduled on said counts for June 12, 2015.  (Doc. 145).

2

during the first trial. Nonetheless, the government will remove the sentence defendant Hovind objects to in his motion.[2]

8. Attached hereto are redacted Government Exhibits 47t and 47u that the government intends to introduce at trial in order to resolve the concern raised by Hovind, which remove the above identified sentence. Prior to filing this response, the undersigned contacted Hovind's counsel and asked counsel to review the attached redacted Government Exhibits 47t and 47u to see if they resolved counsel's concern. Defense counsel indicated that the redacted versions are acceptable.

9. In light of the aforementioned, defendant Hovind's Motion in Limine Regarding Government's Exhibits 47t and 47u Admitted During the First Trial appears to be moot. (Doc. 175).

WHEREFORE, the undersigned Assistant United States Attorney files this response.

    Respectfully submitted,

    PAMELA C. MARSH
    United States Attorney

    */s/ Tiffany H. Eggers*
    TIFFANY H. EGGERS
    Assistant United States Attorney
    Florida Bar Number 193968
    21 E. Garden Street, Suite 400
    Pensacola, Florida  32502-5675
    (850) 444-4000

---

[2] Please note that in making this redaction to the email, the government is *not* conceding that said sentence is and/or was more prejudicial than probative especially in light of defense counsel for Hansen's questioning during the first trial on the topic of Mr. Rollo's involvement in the litigation, etc. That is at the first trial, counsel for Hansen repeatedly suggested that Mr. Rollo's *involvement* in the litigation surrounding the properties was proof that Hovind and Glenn Stoll's conduct was legitimate and/or legal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed electronically using the Court's CM/ECF system and therefore Thomas S. Keith and J. Christopher Klotz are scheduled to receive a copy of this notice on this 10th day of May, 2015, and that a copy will be mailed to *pro se* defendant Paul John Hansen at Santa Rosa County Jail, PO Box 7129, Milton, Florida 32572 on Monday, May 11, 2015.

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney