**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                          CASE NO.     3:14cr91/MCR

**KENT E. HOVIND**

**GOVERNMENT'S RESPONSE TO**
**DEFENDANT HOVIND'S MOTION IN LIMINE REGARDING**
**GOVERNMENT'S EXHIBIT 22a FROM FIRST TRIAL (Doc. 174)**

COMES NOW the United States of America and files this response to defendant Hovind's Motion in Limine Regarding Government's Exhibit 22a From First Trial. (Doc. 174).

1. On or about February 17, 2015, pursuant to the Court's February 11, 2015, Order directing the government to identify the exhibits the government anticipated utilizing at trial (Doc. 79), the government provided the defendants with a list of the exhibits the government intended to introduce at the March 2nd jury trial.

2. On or about March 2, 2015, a jury was selected in the above entitled and numbered case on the six-count Superseding Indictment.  (Docs. 28 & 142).

3. On or about March 12, 2015, the jury returned guilty verdicts on Count Three against defendant Kent E. Hovind, and Counts Five and Six against defendant Paul

John Hansen.[1]  (Docs. 142 & 145).  The jury returned a not guilty verdict as to Hansen on Count Two.  (Docs. 142 & 145).  The jury was unable to reach a verdict as to Hovind on Counts One, Two, and Four, and as to Hansen on Counts One and Four.  (Docs. 142 & 145).

      4.      On or about March 20, 2015, the government filed a Notice of Intent to Proceed to Trial.  (Doc. 153).  Thereafter, jury trial was scheduled for May 18, 2015.  (Doc. 158).

      5.      On or about May 5, 2015, defendant Hovind filed a Motion in Limine Regarding Government's Exhibit 22a From First Trial.  (Doc. 174).  As the undersigned was in a jury trial at the time defense counsel filed the motion in limine, counsel did not consult the undersigned prior to filing the motion.  (Doc. 174).

      6.      The defendant's motion in limine seeks to exclude the second full paragraph of Government's Exhibit 22a the letter from Assistant U.S. Attorney Ben Beard to defendant Hansen.  (Doc. 174).

      7.      At the outset, the government notes this letter (Government Exhibit 22a) was included in the government's February 17th list of exhibits the government anticipated introducing at trial, and neither party objected.  Further, neither party objected to the introduction of the letter during the first trial.  (Doc. 174).  Nonetheless, the government will remove the paragraph defendant Hovind objects to in his motion.[2]

---

[1] Sentencing is scheduled on said counts for June 12, 2015.  (Doc. 145).
[2] Please note that in making this redaction to the letter, the government is *not* conceding that said paragraph is and/or was more prejudicial than probative.

8. In light of the aforementioned, defendant Hovind's Motion in Limine Regarding Government's Exhibit 22a From First Trial appears to be moot. (Doc. 174).

WHEREFORE, the undersigned Assistant United States Attorney files this response.

        Respectfully submitted,

        PAMELA C. MARSH
        United States Attorney

        */s/ Tiffany H. Eggers*
        TIFFANY H. EGGERS
        Assistant United States Attorney
        Florida Bar Number 193968
        21 E. Garden Street, Suite 400
        Pensacola, Florida 32502-5675
        (850) 444-4000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed electronically using the Court's CM/ECF system and therefore Thomas S. Keith and J. Christopher Klotz are scheduled to receive a copy of this notice on this 10th day of May, 2015, and that a copy will be mailed to *pro se* defendant Paul John Hansen at Santa Rosa County Jail, PO Box 7129, Milton, Florida 32572 on Monday, May 11, 2015.

        */s/ Tiffany H. Eggers*
        TIFFANY H. EGGERS
        Assistant United States Attorney