**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                      CASE NO.  3:14cr91/MCR

KENT E. HOVIND

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   May 5, 2015
Motion/Pleadings:   DEFENDANT HOVIND'S MOTION IN LIMINE REGARDING GOVERNMENT'S EXHIBIT 22a FROM FIRST TRIAL
Filed by   Defendant           on   5/05/2015           Doc.#           174
RESPONSES:
      Government                   on  5/10/2015           Doc.#           179
                                on                       Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ *Susan Simms*
Deputy Clerk: Susan Simms

LC (1 OR 2)

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of May, 2015, that:*

    *The relief requested is MOOT in light of the Government's offer to redact.*

*M. Casey Rodgers*
**M. CASEY RODGERS**
*Chief United States District Judge*