## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                CASE NO.  3:14cr91/MCR

KENT E. HOVIND

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  May 5, 2015

Motion/Pleadings:  DEFENDANT HOVIND'S MOTION IN LIMINE REGARDING GOVERNMENT'S EXHIBITS 47t AND 47u ADMITTED DURING THE FIRST TRIAL

Filed by  Defendant     on  5/05/2015     Doc.#     175

RESPONSES:

    Government     on  5/10/2015     Doc.#     178

                                      on                  Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ *Susan Simms*
Deputy Clerk: Susan Simms

LC (1 OR 2)

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 12th day of May, 2015, that:*

    *The relief requested is MOOT in light of the Government's offer to redact.*

*M. Casey Rodgers*
**M. CASEY RODGERS**
*Chief United States District Judge*