# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                      CASE NO.  3:14cr91/MCR

KENT E. HOVIND

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   May 5, 2015
Motion/Pleadings:   DEFENDANT HOVIND'S MOTION IN LIMINE REGARDING CHARGES IN ORIGINAL CASE
Filed by  Defendant                 on  5/08/2015          Doc.#        173
RESPONSES:
        Government                  on                     Doc.#        183
                                    on                     Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ *Susan Simms*
Deputy Clerk: Susan Simms

LC (1 OR 2)

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of May, 2015, that:*

*The requested relief is DENIED. The indictment, verdict forms, and judgments from the original case are inextricably intertwined with, and intrinsic to, the charged scheme at issue in this case, and the probative value of the evidence is not substantially outweighed by its prejudicial effect.*

*M. Casey Rodgers*
**M. CASEY RODGERS**
*Chief United States District Judge*