# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                                                                CASE NO.  3:14cr91/MCR

KENT E. HOVIND

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   May 5, 2015

Motion/Pleadings:   DEFENDANT HOVIND'S MOTION IN LIMINE REGARDING TAX LIENS ON PROPERTIES

Filed by   Defendant                                          on   5/08/2015           Doc.#           177

RESPONSES:

                                                       on                       Doc.#
                                                       on                       Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                        JESSICA J. LYUBLANOVITS,
                                        CLERK OF COURT

                                        s/ *Susan Simms*
LC (1 OR 2)                            Deputy Clerk: Susan Simms

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of May, 2015, that:*

    *The requested relief is DENIED. The tax liens are relevant to Defendant Hovind's intent, and the probative value of the evidence is not substantially outweighed by its prejudicial effect.*

                                                          *M. Casey Rodgers*
                                                         *M. CASEY RODGERS*
                                           *Chief United States District Judge*