IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                    Case No.: 3:14cr91/MCR

PAUL JOHN HANSEN

_____

### STIPULATION NUMBER FIVE

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, defendant Paul John Hansen, and counsel for defendant J. Christopher Klotz, and pursuant to Northern District of Florida Local Rules, Rule 26.3(G), enter into the following trial stipulation:

The defendant stipulates and agrees that the United States may utilize the trial testimony of Steven Anders given on or about March 4, 2015, during the trial scheduled to begin on May 18, 2015.   A copy of the transcript of Mr. Anders's March 4th testimony is attached hereto.   Prior to entering this stipulation, the defendant has reviewed the attached transcript of Mr. Anders's testimony, and the defendant agrees that the transcript accurately reflects the testimony of Mr. Anders.

Therefore, the Government will not be required to call Mr. Anders as a witness during the trial because the defendant is agreeing to allow Mr. Anders prior testimony to be read to the jury and treated like any other witnesses' testimony.

J. CHRISTOPHER KLOTZ
Attorney for Defendant
Stevenson Klotz, LLP
127 Palafox Place, Suite 100
Pensacola, Florida 32502
(850) 444-0000

TIFFANY H. EGGERS
Assistant U.S. Attorney
Florida Bar No. 0193968
21 East Garden Street, Ste. 400
Pensacola, FL 32502-5675
(850) 444-4000

PAUL JOHN HANSEN
Defendant

5/14/15
Date

5-13-2015
Date

2