IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

    **v.**                                                     **CASE NO.   3:14cr91/MCR**

**KENT E. HOVIND**
**and**
**PAUL JOHN HANSEN**

_____

## TRIAL REPORT

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and files this Trial Report with the Court.

**A.  Anticipated Length of Trial:**

1.  Government - The government anticipates calling approximately seventeen witnesses during its case-in-chief. Therefore, assuming *voir dire* takes approximately the same amount of time as required on March 2nd, and assuming a reasonable amount of cross-examination by Mr. Keith and defendant Paul John Hansen, the government anticipates completing its case on or before close of business Friday, May 22nd.

2.  Defense – During the prior trial, the defendants' presentations took approximately a day and one half.

**B.** **<u>Stipulations as to Evidence:</u>**  In advance of the March 2nd trial, the parties entered into Stipulations Number One and Two.  In Stipulation Number One, Defendant Hovind stipulated to the authenticity of emails and telephone calls obtained from the Bureau of Prisons.  (Doc. 77).  In Stipulation Number Two, defendant Hansen stipulated that he does not hold a law degree and that he is not licensed by any state or federal court to practice law.  (Doc. 85).

During the course of the trial, after requiring the government to present the testimony of notaries Alcala and Davis to authenticate defendant Hansen's signature on Exhibits 15 Series, 16 Series, and 17 Series, defendant Hansen agreed to enter into Stipulation Number Three.  That is, during trial defendant Hansen stipulated that he signed Government Exhibit 53 thereby allowing the government to forgo calling notary Wesley to testify before the jury.  On or about May 7, 2015, defendant Hansen entered into Stipulation Number Four with the government. (Doc. 176).  In Stipulation Number Four, defendant Hansen admitted that he signed Government Exhibits 15 Series, 16 Series, 17 Series, 53, and 54.  (Doc. 176).  Therefore, the government will not be required to recall these notaries as witnesses merely to authenticate defendant Hansen's signature. (Doc. 176).  Counsel for defendant Hovind was consulted in advance of this stipulation and counsel indicated that he did not object.

On or about May 14, 2015, defendant Hansen entered into Stipulation Number Five with the government.  (Doc. 189).  In Stipulation Number Five, defendant Hansen agreed to allow the government to utilize the prior trial testimony of Steven Anders. (Doc. 189).   Therefore, the government will not be required to recall Mr. Anders as a

witness at trial. (Doc. 189). Counsel for defendant Hovind was consulted in advance of this stipulation and counsel indicated that he did not object.

The government asked defendant Hansen to stipulate to the recovery of his fingerprints on Government Exhibit 25A on the locations described by Fingerprint Specialist Snaidauf in order to allow the government to forgo having to recall Specialist Snaidauf to testify concerning the recovery of defendant Hansen's fingerprints. Defendant Hansen declined to enter into said stipulation.

During the course of the trial, the government will ask that the various stipulations be announced to the jury by the Court. (Docs. 77, 85, 176, and 189).

**C.    Government Exhibits:** During the trial, the government will utilize the exhibits introduced during the March 2nd trial. To that end, the government has made arrangements with the Clerk of Court for the exhibits to be brought to the courtroom. However, pursuant to agreement reached with defendant Hovind concerning Government Exhibits 10a, 19e, 22a, 47t, and 47u, the government will be introducing redacted copies of these five exhibits.[1] Additionally, based upon a recent request by counsel for defendant Hovind, the government may be introducing a longer excerpt of defendant Hovind's call on December 31, 2013, and the transcript of said excerpt filed as Government Exhibits 31s-1 and 31s-2 during the March 2nd trial. Any exhibits that are introduced that have been modified from those introduced during the March 2nd trial will be marked in a manner so that they may be identified by the Court's Clerk.

---

[1]  Government's Exhibits 22a, 47t, and 47u were the subject of defendant Hovind's motions in limine filed as Docs. 174 and 175. The government and counsel for defendant Hovind reached an out of court agreement concerning Government Exhibits 10a and 19e.

**D.** **Jury Instructions:** In advance of the March 2nd trial, the parties filed their requested jury instructions. During the course of the Court's charge conference, the government's request for an instruction concerning conjunctive charging language was discussed. (Doc. 102). However, because defense counsel agreed they would not argue otherwise, the Court declined the government's requested instruction. (Doc. 143). In light of the question raised during the March 2nd trial, the government renews the request for an instruction on conjunctive charging language.

WHEREFORE, the United States files this trial report with the Court following consultation with defense counsel.

        Respectfully submitted,

        PAMELA C. MARSH
        United States Attorney

        */s/ Tiffany H. Eggers*
        TIFFANY H. EGGERS
        Assistant United States Attorney
        Florida Bar No. 0193968
        21 East Garden Street, Suite 400
        Pensacola, FL  32502-5675
        (850)444-4000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed electronically using the Court's CM/ECF system and therefore Thomas S. Keith and J. Christopher Klotz are scheduled to receive a copy of this notice on this 15th day of May, 2015, and that a copy will be mailed to *pro se* defendant Paul John Hansen at Santa Rosa County Jail, PO Box 7129, Milton, Florida 32572.

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney