1 At Federal Court, United States District Court, Northern District of Florida Pensacola Division

2 i: a man; known as Paul John Hansen
3 Prosecutor

CASE NO. 3:14 CR 91/MCR

4 UNITED STATES OF AMERICA
5 Wrongdoer(s)

6 <u>Notice</u>

7 i, a man, now require:

8 Firstly: This Federal Court act as a 'court of record', as noticed 25 CJ VOL. Federal Court and 8344 pg. 974.

9 Secondly: The magistrate act as independent of the tribunal. Blacks Law Dictionary 4th Edition pg. 1014.

10 Thirdly: A 'court of record' acts in accord with common law, man to man, people to people. Blacks Law Dictionary 4th Edition pg. 1014.

Therefore, i expressly reserve all rights under the Constitution, as a man.

11 Fourthly: In common law the right to trial by jury shall be preserved. Therefore, a common law jury is required. 7th Amendment.

12 Fifthly: The jury can upon themselves and determine at their hazard, the questions of fact and law. Ect. Litteton and 386 Bl. Comm. and 378.

13 Sixthly: Express and verified, proof of oath of office of all the administrators.

14 Seventhly: Express and verified, proof of official bond of all the administrators.

15 Eighthly: The plaintiff appears and be pointed out to me.

16 Ninthly: Proof of claim or complaint

against i, a man.

5-13-2015  Paul John Hansen
_____
Paul John Hansen

17 VERIFIABLE PROOF OF SERVICE

18 i, THE SIGNED, MAILED A COPY OF THIS NOTICE TO THE FOLLOWING ON 5-13-2015;

19 TIFFANY EGGERS
21 EAST GARDEN STREET, SUITE 400
PENSACOLA, FL 32502

Paul Hansen
_____

20 CC - JUDGE ROGERS
U.S. ATTORNEY

PAUL HANSEN
P.O. BOX 7129
MILTON, FL 32572

COURT CLERK
PAUL . . . . . . . .
ROOM 226
PENSACOLA, FL 32502

neopost
05/14/2015
US POSTAGE $00.48
ZIP 32583
041L112503

3250255580

This mail has been generated by an inmate in the Santa Rosa County Jail and has not been censored

PRIVILEGED