IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO.  3:14cr91/MCR

**KENT E. HOVIND**

## GOVERNMENT'S MOTION TO CONTINUE

COMES NOW the United States of America and files this Motion to Continue the Jury Trial scheduled for May 18, 2015.

1. On or about October 31, 2014, the Court's Order Setting jury Trial and Other Pre-Trial Matters was entered. (Doc. 20). In said Order, the Court directed that all pre-trial motions be filed no later than ten days after the date of the order. (Doc. 20).

2. On or about February 11, 2015, the Court directed that all motions in limine were due February 19, 2015. (Doc. 79).

3. On or about March 2, 2015, a jury was selected in the above entitled and numbered case on the six-count Superseding Indictment. (Docs. 28 & 142).

4. On or about March 12, 2015, the jury returned guilty verdicts on Count Three against defendant Kent E. Hovind, and Counts Five and Six against defendant Paul

John Hansen.[1]  (Docs. 142 & 145).  The jury returned a not guilty verdict as to Hansen on Count Two.  (Docs. 142 & 145).  The jury was unable to reach a verdict as to Hovind on Counts One, Two, and Four, and as to Hansen on Counts One and Four.  (Docs. 142 & 145).

  5. On or about March 20, 2015, the government filed a Notice of Intent to Proceed to Trial.  (Doc. 153).  Thereafter, jury trial was scheduled for May 18, 2015.  (Doc. 158).

  6. On Monday, May 11, 2015, defendant Hovind filed a five page Motion to Dismiss Superseding Indictment.  (Doc. 180).

  7. On Tuesday, May 12, 2015, defendant Hansen filed a fourteen page Motion to Dismiss.  (Doc. 184).

  8. Pursuant to the Local Rules of Court for the Northern District of Florida, the government is entitled to fourteen days in which to respond.

  9. At this time, the government moves to continue the jury trial now scheduled for Monday, May 18th, for seven days, so that the government may have sufficient time to review the defendants' untimely pleadings and file an appropriate response.  Said motion is dispositive of the case.

  10. The government contacted Assistant Federal Public Defender Thomas S. Keith regarding the government's motion and he does not oppose the government's motion.  The government contacted attorney Chris Klotz and as standby counsel Mr.

---

[1]  Sentencing is scheduled on said counts for June 12, 2015.  (Doc. 145).

Klotz indicated does NOT object to the government's motion. However, Mr. Klotz has not been able to contact *pro se* defendant to confirm his position.

WHEREFORE, the undersigned Assistant United States Attorney files this motion to continue the trial to May 26, 2015.

Respectfully submitted,

PAMELA C. MARSH
United States Attorney

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar Number 193968
21 E. Garden Street, Suite 400
Pensacola, Florida  32502-5675
(850) 444-4000

## RULE 7.1(B) CERTIFICATE

I HEREBY CERTIFY that the undersigned consulted counsel for defendant Kent E. Hovind and he indicated he does not oppose said motion. The government contacted attorney Chris Klotz and as standby counsel Mr. Klotz indicated does NOT object to the government's motion. However, Mr. Klotz has not been able to contact *pro se* defendant to confirm his position.

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney

3

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing has been filed electronically using the Court's CM/ECF system and therefore Thomas S. Keith and J. Christopher Klotz are scheduled to receive a copy of this notice on this 15th day of May, 2015, and that a copy will be mailed to *pro se* defendant Paul John Hansen at Santa Rosa County Jail, PO Box 7129, Milton, Florida 32572.

                                              */s/ Tiffany H. Eggers*
                                              TIFFANY H. EGGERS
                                              Assistant United States Attorney