UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

v.                                                                      CASE NO:  3:14cr91/MCR

**KENT E. HOVIND, and
PAUL JOHN HANSEN,**

   **Defendants.**
_____/

### ORDER

Pending before the Court is the Government's Motion to Dismiss Counts One, Two and Four of the Superseding Indictment Without Prejudice (doc. 194).  The Defendants will be permitted to respond at 8:00 a.m. on Monday, May 18, 2015, at the scheduled attorney conference.  In light of this motion, the jury selection scheduled to begin thereafter and the trial are hereby cancelled.

**DONE and ORDERED** this 16th day of May, 2015.


*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**