# *United States District Court*

## CRIMINAL MINUTES - GENERAL

Time Commenced: 8:04 am  
Time Concluded: 8:24 am  
Case # 3:14cr91/MCR  
Date: May 18, 2015

DOCKET ENTRY: **Attorney Conference**

Jury Trial set for today has been cancelled. Court hears counsel/defendants re: pending motions. Orders to follow. Sentencing date to be set by separate notice.

PRESENT: HONORABLE **M. CASEY RODGERS**, CHIEF JUDGE

| Susan Simms | Greg Newsome | Donna Boland | Tiffany Eggers/ Nancy Hess |
|---|---|---|---|
| Deputy Clerk | USPO/Pretrial Services | Court Reporter | Asst. U.S. Attorney |

**U.S.A. v. (DEFENDANTS LISTED BELOW)**  **ATTORNEYS FOR DEFENDANTS**

(1) **KENT HOVIND**  
✓ Present  ✓ Custody  ___ Bond  ___ O/R  

(1) Thomas Keith  
✓ Present  ✓ Appointed  ___ Retained

(2) **PAUL HANSEN**  
✓ Present  ✓ Custody  ___ Bond  ___ O/R  

(2) Christopher Klotz   (Standby Counsel)  
✓ Present  ✓ Appointed  ___ Retained

**PROCEEDINGS:**

| | |
|---|---|
| 8:04 am | Court in Session<br>Introduction of counsel/parties<br>Court announces that the jury trial has been cancelled - Counsel/parties may address pending motions |
| 8:05 | Gvt (Eggers) addresses Government's pending Motion to Dismiss Counts 1, 2 & 4 of the Superseding Indictment (doc. #194); Court responds |
| 8:06 | Dft (Keith) addresses Defendant Hovind's pending Motion to Dismiss Superseding Indictment (Counts 1, 2 & 4) for Failure to State an Offense (doc. #180); Court responds |
| 8:11 | Christopher Klotz (standby counsel for Dft Hansen) addresses the court re: issue in last trial; Court responds |
| 8:13 | Dft Hansen (pro se) addresses the court and requests: (1) all counts be dismissed, (2) Dft Hansen be released today, (3) a judgment of acquittal be entered as to all Counts 1-6, and (4) for AUSA Eggers to state she's licensed to practice in this court; Court responds |
| 8:20 | Gvt (Eggers) responds |
| 8:21 | Court addresses parties/counsel notifying that orders will follow ruling on pending motions, a sentencing date will be set for Dfts Hovind & Hansen after consulting with USPO, and both Dfts Hovind & Hansen shall remain in custody pending sentencing |
| 8:24 | Court in Recess |

Filed in Open Court

5-18-2015  
Initials of Deputy Clerk sps