# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  **CASE NO. 3:14cr91/MCR**

**KENT E. HOVIND**
_____/

## JUDGMENT OF ACQUITTAL BY THE COURT

Pursuant to the Court's Order granting the Defendant's Motion for Judgment of Acquittal on Count Three of the Superseding Indictment, Kent E. Hovind is hereby ACQUITTED of the charge of contempt in relation to the Court's June 28, 2007, Forfeiture Order.

**ORDERED and ADJUDGED** at Pensacola, Florida, this 19th day of May, 2015.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**