UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                            CASE NO.3:14cr91-MCR

PAUL JOHN HANSEN

## AMENDED NOTICE

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| | | | |
|---|---|---|---|
| Place: | Arnow Federal Building<br>100 North Palafox Street<br>Pensacola, FL 32502 | | |
| Courtroom: | Courtroom II (2nd Floor) | | |
| New Date: | June 29, 2015 | Previous Date: | June 12, 2015 |
| New Time: | 1:00 PM | Previous Time: | 9:00 AM |
| Time Allotted: | 1 hour* | | (date/time announced at trial on 3/12/2015) |
| Type of Proceeding: | Sentencing Hearing before the<br>Honorable M. Casey Rodgers, Chief Judge | | |

NOTE:
If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.

                                                        JESSICA J. LYUBLANOVITS,
                                                        CLERK OF COURT

                                                        *s/ Susan Simms*

<u>May 20, 2015</u>
DATE                                                     Deputy Clerk: Susan Simms

Copies to:
Honorable M. Casey Rodgers
Tiffany Eggers, AUSA
J. Ryan Love, AUSA
Christopher Klotz, Esquire
US Marshal
US Probation
Court Security

Note: * Should additional time be needed, please notify the court.